UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUGENE PANECCASIO | : |
|     PLAINTIFF | : |
| VS. | : DOCKET NO: 3:01CV2065(CFD) |
| UNISOURCE WORLDWIDE, INC., GEORGIA-PACIFIC CORPORATION, ALCO STANDARD CORPORATION AND IKON OFFICE SOLUTIONS, INC., ET AL | :     : |
|     DEFENDANTS | : OCTOBER 16, 2003 |

### AFFIDAVIT OF ANDREW B. BOWMAN

Andrew B. Bowman having been sworn, deposes and says:

1. I am counsel for the plaintiff in the above-entitled action.

2. I have noticed depositions of the Custodian of Records for Unisource for October 20, 2003 and for Gary Setta, a former officer of Unisource for October 28, 2003 in the case of Callahan vs. Unisource. A subpoena duces tecum has also been issued for Mr. Setta. Although the subpoena and notice of deposition were issued in the Callahan case, plaintiff has moved for consolidation for discovery purposes with this case, and therefore the testimony of Setta would be utilized in both cases. There

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 16th day of October, 2003 to:

Felix J. Springer
Jennifer L. Sachs
Day, Berry & Howard
CityPlace 1
Hartford, CT 06103-3499

Rayne Rasty, Esq.
Georgia-Pacific Corporation
133 Peachtree St. NE
Atlanta, GA 30303

Kay Kyungsun Yu, Esq.
Joseph Costello, Esq.
S. Elizabeth Hamilton
Morgan, Lewis & Bockius
1701 Market Place
Philadelphia, PA 19103

Robert L. Wyld, Esq.
Patrick Fahey, Esq.
Shipman & Goodwin
1 American Row
Hartford, CT 06103

ANDREW B. BOWMAN