

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUGENE PANECCASIO | : |
| PLAINTIFF | : |
| VS. | : DOCKET NO: 3:01CV2065(CFD) |
| UNISOURCE WORLDWIDE, INC., GEORGIA-PACIFIC CORPORATION, ALCO STANDARD CORPORATION AND IKON OFFICE SOLUTIONS, INC., ET AL | : |
| DEFENDANTS | : OCTOBER 22, 2003 |

**PLAINTIFF'S OBJECTION TO DEFENDANTS'**
**MOTION TO QUASH**

Plaintiff Eugene Paneccasio objects to the defendants' Motion to Quash dated October 16, 2003 and moves for an extension of time until December 10, 2003 in which to complete discovery.

1. Plaintiff has moved to extend the time in which to complete discovery until December 10, 2003 nunc pro tunc (Exhibit A). For all those reasons set forth in Exhibit A, the plaintiff objects to defendants' motion to quash which was filed after plaintiff moved to extend the time in which to complete discovery.

For those reasons set forth in the attached Motion for Extension of Time and for the reason that there is no prejudice to the defendants, plaintiff objects to defendants' motion to quash and moves for an extension of time until December 10, 2003 in which to complete discovery.

> THE PLAINTIFF,
> EUGENE PANECCASIO
>
> BY /s/ Andrew B. Bowman
> ANDREW B. BOWMAN
> Federal Bar No: ct00122
> 1804 Post Road East
> Westport, CT 06880
> (203) 259-0599
> (203) 255-2570 (Fax)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 22nd day of October, 2003 to:

Felix J. Springer
Jennifer L. Sachs
Day, Berry & Howard
CityPlace 1
Hartford, CT 06103-3499

Rayne Rasty, Esq.
Georgia-Pacific Corporation
133 Peachtree St. NE
Atlanta, GA 30303

2

Kay Kyungsun Yu, Esq.
Joseph Costello, Esq.
S. Elizabeth Hamilton
Morgan, Lewis & Bockius
1701 Market Place
Philadelphia, PA 19103

Robert L. Wyld, Esq.
Patrick Fahey, Esq.
Shipman & Goodwin
1 American Row
Hartford, CT 06103

_____
ANDREW B. BOWMAN

A



FILED

2003 OCT 16  P 1:00

DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUGENE PANECCASIO | : |
| PLAINTIFF | : |
| VS. | : DOCKET NO: 3:01CV2065(CFD) |
| UNISOURCE WORLDWIDE, INC., GEORGIA-PACIFIC CORPORATION, ALCO STANDARD CORPORATION AND IKON OFFICE SOLUTIONS, INC., ET AL | : |
| DEFENDANTS | : OCTOBER 16, 2003 |

### PLAINTIFF'S MOTION TO EXTEND THE TIME IN WHICH TO COMPLETE DISCOVERY UNTIL DECEMBER 10, 2003 NUNC PRO TUNC

Plaintiff moves the Court for an order extending the time in which discovery may be completed until December 10, 2003 for the following reasons.

1. The original Report of Parties' Planning Meeting called for discovery to be completed six months after the Court ruled on motions to dismiss. The Court did rule on the defendants' motions to dismiss on March 27, 2003.

2. During this period the plaintiffs have provided responses without objection to defendants' Interrogatories and to their Requests for Production of Documents. These

responses including documents were provided during August 2003, and plaintiff submitted to his deposition on August 26, 2003.

3. Prior to October 2003, there have been no discovery disputes.

4. Plaintiff will need to take a total of five depositions which can be accomplished by December 10, 2003 which depositions include Setta. Plaintiff has moved to consolidate this case with the case of William Callahan, because both plaintiffs were employees of Unisource, both plaintiffs were participants in the 1991 Deferred Compensation Plan, Unisource is a common defendant in both cases.

5. This extension of time is sought nunc pro tunc, because plaintiff's counsel's extraordinary trial commitments over the past eight months have not permitted him to complete discovery in this case within a six month period from March 27, 2003.

6. Counsel's commitments to a criminal trial in this Court did cause a delay in certain other cases including this case, and it is therefore necessary that plaintiff's counsel seek an extension of time until December 10, 2003 in which to complete discovery in this case.

7. There is no prejudice to the defendants, and they have been provided with virtually all the discovery they have requested without any protracted litigation.

8. Undersigned counsel recognizes that this motion for extension of time should have been sought prior to September 27, 2003 but has already noticed two of the depositions and is prepared to proceed.

9. For these reasons which are extraordinary given the commitments of plaintiff's counsel in the Giordano case, it is respectfully requested that plaintiff be permitted to proceed with the completion of his discovery not later than December 10, 2003.

THE PLAINTIFF,
EUGENE PANECCASIO

BY _____
ANDREW B. BOWMAN
Federal Bar No: ct00122
1804 Post Road East
Westport, CT 06880
(203) 259-0599
(203) 255-2570 (Fax)

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 16th day of October, 2003 to:

Felix J. Springer
Jennifer L. Sachs
Day, Berry & Howard
CityPlace 1
Hartford, CT 06103-3499

3

Rayne Rasty, Esq.
Georgia-Pacific Corporation
133 Peachtree St. NE
Atlanta, GA 30303

Kay Kyungsun Yu, Esq.
Joseph Costello, Esq.
S. Elizabeth Hamilton
Morgan, Lewis & Bockius
1701 Market Place
Philadelphia, PA 19103

Robert L. Wyld, Esq.
Patrick Fahey, Esq.
Shipman & Goodwin
1 American Row
Hartford, CT 06103

_____
ANDREW B. BOWMAN

4