Exhibit A

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUGENE PANECCASIO | : |
| PLAINTIFF | : |
| VS. | : DOCKET NO: 3:01CV2065(CFD) |
| UNISOURCE WORLDWIDE, INC., GEORGIA-PACIFIC CORPORATION, ALCO STANDARD CORPORATION AND IKON OFFICE SOLUTIONS, INC. | : |
| DEFENDANTS | : OCTOBER 8, 2003 |

## NOTICE OF DEPOSITION

TO: Felix Springer, Esq.
Jennifer Sachs, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

Rayne Rasty, Esq.
Georgia-Pacific Corporation
133 Peachtree St. NE
Atlanta, GA 30303

Kay Kyungsun Yu, Esq.
Joseph Costello, Esq.
S. Elizabeth Hamilton
Morgan, Lewis & Bockius
1701 Market Place
Philadelphia, PA 19103

Robert L. Wyld, Esq.
Patrick Fahey, Esq.
Shipman & Goodwin
1 American Row
Hartford, CT 06103

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 30, plaintiff Eugene Paneccasio will take the deposition upon oral examination of **Gary Setta** at 9:30 a.m. on **Tuesday, October 28, 2003** at the offices of Andrew B. Bowman, 1804 Post Road East, Westport, Connecticut 06880. The deposition will be recorded by a certified stenographic reporter. The deposition will continue from day to day until completed. You are invited to attend and cross examine.

THE PLAINTIFF,
EUGENE PANECCASIO

By ANDREW B. BOWMAN
Federal Bar No: ct00122
1804 Post Road East
Westport, CT 06880
(203) 259-0599
(203) 255-2570 (Fax)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Deposition was mailed, postage prepaid, certified return receipt requested on this 8th day of October, 2003 to:

Felix J. Springer
Jennifer L. Sachs
Day, Berry & Howard
CityPlace 1
Hartford, CT 06103-3499

Rayne Rasty, Esq.
Georgia-Pacific Corporation
133 Peachtree St. NE
Atlanta, GA 30303

Kay Kyungsun Yu, Esq.
Joseph Costello, Esq.
S. Elizabeth Hamilton
Morgan, Lewis & Bockius
1701 Market Place
Philadelphia, PA 19103

Robert L. Wyld, Esq.
Patrick Fahey, Esq.
Shipman & Goodwin
1 American Row
Hartford, CT 06103

ANDREW B. BOWMAN

3