Exhibit B

# U.S. District Court
## District of Connecticut (New Haven)
## CRIMINAL DOCKET FOR CASE #: 3:01-cr-00216-AHN-ALL

**Case title:** USA v. Giordano
**Other court case number(s):** None
**Magistrate judge case number(s):** 3:01-mj-00196
3:01-mj-00200

**Date Filed:** 10/26/01

**Assigned to:** Judge Alan H. Nevas
**Referred to:**

**Defendant(s)**
----------------------

**Philip A. Giordano** (1)
*TERMINATED: 06/13/2003*

represented by **Andrew B. Bowman**
Law Offices Of Andrew Bowman
1804 Post Rd. East
Westport, CT 06880
259-0599
*TERMINATED: 06/13/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**
--------------------

**Disposition**
----------------

18:242.F DEPRIVE CIVIL RIGHTS
(1s-2s)

Defendant was found guilty on counts 1-9, 11-
plea of not guilty. Defendant shall be imprison
term of 444 months on Count 1, 444 months o
to be served concurrently to sentence imposed
1; 60 months on Count 3 to run concurrently to
imposed on Count 1; 60 months each on count
4,5,6,7,8,9,11,12,13,14,15,16,17,18 to run con
to sentence imposed on Count 1. Defendant sh
credit for time served from 7/26/01. Upon rele
custody, def endant shall be on supervised rele
term of 5 years each on counts 1 and 2 and 3 y
as to Counts 3-9 & 11-18 to be served concurr

Counts 1 and 2. Defendant is remanded to the
the U.S. Marshal. Count 10 is dismissed on the
the United States. It is ordered that defendant s
Special Assessment of $1,700 for counts 1-9 &
which shall be due immediately. AMENDED
JUDGMENT dated 1/26/03 Conditions of Sup
Release Moditfied - 1,2, 7 & 8. In all other res
Original Judgment remains the same.

Defendant was found guilty on counts 1-9, 11-
plea of not guilty. Defendant shall be imprison
term of 444 months on Count 1, 444 months o
to be served concurrently to sentence imposed
1; 60 months on Count 3 to run concurrently to
imposed on Count 1; 60 months each on count
4,5,6,7,8,9,11,12,13,14,15,16,17,18 to run con
to sentence imposed on Count 1. Defendant sh
credit for time served from 7/26/01. Upon rele
custody, def endant shall be on supervised rele
term of 5 years each on counts 1 and 2 and 3 y
as to Counts 3-9 & 11-18 to be served concurr
Counts 1 and 2. Defendant is remanded to the
the U.S. Marshal. Count 10 is dismissed on the
the United States. It is ordered that defendant s
Special Assessment of $1,700 for counts 1-9 &
which shall be due immediately. AMENDED
JUDGMENT dated 1/26/03 Conditions of Sup
Release Moditfied - 1,2, 7 & 8. In all other res
Original Judgment remains the same.

Defendant was found guilty on counts 1-9, 11-
plea of not guilty. Defendant shall be imprison
term of 444 months on Count 1, 444 months o
to be served concurrently to sentence imposed
1; 60 months on Count 3 to run concurrently to
imposed on Count 1; 60 months each on count
4,5,6,7,8,9,11,12,13,14,15,16,17,18 to run con
to sentence imposed on Count 1. Defendant sh
credit for time served from 7/26/01. Upon rele
custody, def endant shall be on supervised rele
term of 5 years each on counts 1 and 2 and 3 y
as to Counts 3-9 & 11-18 to be served concurr
Counts 1 and 2. Defendant is remanded to the
the U.S. Marshal. Count 10 is dismissed on the
the United States. It is ordered that defendant s
Special Assessment of $1,700 for counts 1-9 &
which shall be due immediately. AMENDED

18:371.F CONSPIRACY TO
DEFRAUD THE UNITED STATES
(3s)

18:2425.F USE INTERSTATE
FACILITIES TO TRANSMIT INFO
ABOUT MINOR
(4s-9s)

JUDGMENT dated 1/26/03 Conditions of Sup
Release Moditfied - 1,2, 7 & 8. In all other res
Original Judgment remains the same.

Defendant was found guilty on counts 1-9, 11-
plea of not guilty. Defendant shall be imprison
term of 444 months on Count 1, 444 months o
to be served concurrently to sentence imposed
1; 60 months on Count 3 to run concurrently to
imposed on Count 1; 60 months each on count
4,5,6,7,8,9,11,12,13,14,15,16,17,18 to run con
to sentence imposed on Count 1. Defendant sh
credit for time served from 7/26/01. Upon rele
custody, def endant shall be on supervised rele
term of 5 years each on counts 1 and 2 and 3 y
as to Counts 3-9 & 11-18 to be served concurr
Counts 1 and 2. Defendant is remanded to the
the U.S. Marshal. Count 10 is dismissed on the
the United States. It is ordered that defendant s
Special Assessment of $1,700 for counts 1-9 &
which shall be due immediately. AMENDED
JUDGMENT dated 1/26/03 Conditions of Sup
Release Moditfied - 1,2, 7 & 8. In all other res
Original Judgment remains the same.

18:2425.F USE INTERSTATE
FACILITIES TO TRANSMIT INFO
ABOUT MINOR
(11s-18s)

## Highest Offense Level (Opening)
-----------------------------------------

Felony

## Terminated Counts
------------------------------

18:242.F DEPRIVE CIVIL RIGHTS
(1-2)

18:371.F CONSPIRACY
(3)

18:2425.F & 18:2 Use Interstate
Facility to transmit information about
minor; aiding and abetting

## Disposition
-----------------

Dismissed on motion of the United States of A

Dismissed on motion of the United States of A

Dismissed on motion of the United States of A

(4-14)

18:2425.F USE INTERSTATE
FACILITIES TO TRANSMIT INFO
ABOUT MINOR
(10s)

Dismissed on motion of the United States.

**Highest Offense Level**
**(Terminated)**

-------------------------------------------

Felony

**Complaints**                                    **Disposition**

----------------                                  ----------------

In violation of Title 18 United States
Code, Sections 2425 and 371
defendant did use the mail or any
facility or means of interstate or
foreign commerce to knowingly
initiate the transmission of the name
of another individual, knowing that
such other individual has not attained
the age of 16 years, with the intent to
entice, encourage, offer, or solicit any
person to engage in any sexual
activity for which any person can be
charged with a criminal offense, and
did conspire to do so. [ 3:01-m -200 ]

**Assigned to:** Judge Alan H. Nevas
**Referred to:**

**Guitana M. Jones** (2)          represented by  **Richard A. Reeve**
                                                  Sheehan & Reeve
                                                  105 Court St.
                                                  Suite 301
                                                  New Haven, CT 06510
                                                  203-787-9026

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*


**aka**
**GG** (2)


**aka**
**Gigi** (2)


**Pending Counts**
-----------------------

**Disposition**
-----------------


18:371.F CONSPIRACY
(3)

18:2425.F & 18:2 Use Interstate
Facility to transmit information about
minor; aiding and abetting
(4)

18:2425.F & 18:2 Use Interstate
Facility to transmit information about
minor; aiding and abetting
(5)

18:2425.F & 18:2 Use Interstate
Facility to transmit information about
minor; aiding and abetting
(6)

18:2425.F & 18:2 Use Interstate
Facility to transmit information about
minor; aiding and abetting
(7)

18:2425.F & 18:2 Use Interstate
Facility to transmit information about
minor; aiding and abetting
(8)

18:2425.F & 18:2 Use Interstate

Facility to transmit information about
minor; aiding and abetting
(9-14)

**Highest Offense Level (Opening)**
-------------------------------------------

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| ----------------------------- | ------------------ |
| None | |

**Highest Offense Level
(Terminated)**
----------------------------------------------

None

| **Complaints** | **Disposition** |
| --- | --- |
| ------------------ | ------------------ |
| use the mail or any facility or means of interstate or foreign commerce to knowingly initiate the transmission of the name of another individual, knowing that such other individual has not attained the age of 16 years, with the intent to entice, encourage, offer, or solicit any person to engage in any sexual activity for which any person can be charged with a criminal offense, and did conspire to do so [ 3:01-m -196 ] | |

**Interested Party(s)**
-----------------------

**American-Republican, Inc**                 represented by   **Thomas G. Parisot**
                                                            Secor, Cassidy & McPartland, P.C.
                                                            41 Church St., Po Box 2818
                                                            Waterbury, CT 06723
                                                            757-9261
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Retained*


**Hartford Courant, The**                    represented by   **Ralph G. Elliot**
                                                            Tyler Cooper & Alcorn
                                                            Cityplace-35Th Floor
                                                            Hartford, CT 06103-3488
                                                            860-725-6200
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Retained*


**William Hoey, *Deputy Clerk of***          represented by   **Maureen Duggan Regula**
***Superior Court for Juvenile Matters***                     Attorney General's Office
***in Waterbury***                                            55 Elm St., PO Box 120
                                                            Hartford, CT 06101-0120
                                                            860-808-5020
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*


**Ken Mysogland, *Emp of Dept of***          represented by   **Maureen Duggan Regula**
***Children & Family***                                       Attorney General's Office
                                                            55 Elm St., PO Box 120
                                                            Hartford, CT 06101-0120
                                                            860-808-5020
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*


**Melissa Bostrom, *Emp of Dept of***        represented by   **Maureen Duggan Regula**
***Children & Families***                                     Attorney General's Office
                                                            55 Elm St., PO Box 120

Hartford, CT 06101-0120
860-808-5020
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

--------------------

**USA**                              represented by **John A. Danaher, III**
U.S. Attorney's Office
157 Church St., PO Box 1824
23rd Floor
New Haven, CT 06510
203-821-3700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Marrella**
U.S. Attorney's Office
157 Church St., PO Box 1824
23rd Floor
New Haven, CT 06510
203-821-3700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter S. Jongbloed**
U.S. Attorney's Office
157 Church St., PO Box 1824
23rd Floor
New Haven, CT 06510
203-821-3700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 07/20/2001 | | Arrest WARRANT issued as to Jane Doe [ 3:01-m -196 ] (Moore, P.) Modified on 08/10/2001 (Entered: 07/24/2001) |

| 07/23/2001 | 1 | SEALED COMPLAINT as to Jane Doe [ 3:01-m -196 ] (Moore, P.) Modified on 08/10/2001 (Entered: 07/24/2001) |
|---|---|---|
| 07/23/2001 |   | ARREST of Jane Doe [ 3:01-m -196 ] (Moore, P.) Modified on 08/10/2001 (Entered: 07/24/2001) |
| 07/23/2001 | 2 | Initial presentment held as to Jane Doe Defendant informed of rights. Probable Cause Hearing set for: 8/6/01 @1:00 p.m. Defendant detained. Attorney Richard Reeve appointed for this proceeding only until financial affidavit is filed under seal. ( JGM ) [ 3:01-m -196 ] (Moore, P.) Modified on 08/10/2001 (Entered: 07/24/2001) |
| 07/23/2001 | 3 | MOTION by USA as to Jane Doe for Pretrial Detention [ 3:01-m -196 ] (Moore, P.) Modified on 08/10/2001 (Entered: 07/24/2001) |
| 07/23/2001 |   | Minute entry as to Jane Doe : granting [3-1] motion for Pretrial Detention as to Guitana Jones (1) [ 3:01-m -196 ] (Moore, P.) Modified on 08/10/2001 (Entered: 07/24/2001) |
| 07/23/2001 | 4 | MOTION by USA as to Jane Doe to Seal [ 3:01-m -196 ] (Moore, P.) Modified on 08/10/2001 (Entered: 07/24/2001) |
| 07/23/2001 |   | ENDORSEMENT as to Jane Doe granting [4-1] motion to Seal as to Jane Doe (1) ( Signed by Judge Alan H. Nevas ) [ 3:01-m -196 ] (Moore, P.) Modified on 08/10/2001 (Entered: 07/24/2001) |
| 07/23/2001 | 5 | MARSHAL'S RETURN of service on Arrest warrant executed as to Jane Doe on 7/21/01 [ 3:01-m -196 ] (Moore, P.) Modified on 08/10/2001 (Entered: 07/24/2001) |
| 07/23/2001 | 235 | CJA 20 as to Guitana M. Jones : Appointment of Attorney Richard Reeve ( Signed by Clerk ) (Barrille, J.) (Entered: 05/12/2003) |
| 07/24/2001 | 6 | ORDER OF DETENTION as to Jane Doe ( Signed by Mag. Judge Joan G. Margolis ) [ 3:01-m -196 ] (Moore, P.) Modified on 08/10/2001 (Entered: 07/25/2001) |
| 07/25/2001 | 7 | MOTION by USA as to John Doe SEALED MOTION (document filed separate from case file) [ 3:01-m -196 ] (Moore, P.) Modified on 08/10/2001 (Entered: 07/25/2001) |
| 07/25/2001 |   | ENDORSEMENT as to John Doe granting [7-1] motion SEALED MOTION as to John Doe (1) ( Signed by Mag. Judge Joan G. Margolis ) [ 3:01-m -196 ] (Moore, P.) Modified on 08/10/2001 (Entered: 07/25/2001) |
| 07/26/2001 | 1 | SEALED COMPLAINT as to Philip A. Giordano (1) [ 3:01-m -200 ] (Barrille, J.) (Entered: 07/30/2001) |

| 07/26/2001 | | Arrest WARRANT issued as to Philip A. Giordano (1) [ 3:01-m -200 ] (Barrille, J.) (Entered: 07/30/2001) |
|---|---|---|
| 07/26/2001 | | ARREST of Philip A. Giordano (1) [ 3:01-m -200 ] (Barrille, J.) (Entered: 07/30/2001) |
| 07/26/2001 | 2 | Initial presentment held as to Philip A. Giordano (1) Defendant informed of rights. Probable Cause Hearing set for: August 9, 2001 @ 10:00 AM Detention Hearing set for: July 31, 2001 @ 2:00 PM ( AHN) [ 3:01-m -200 ] (Barrille, J.) (Entered: 07/30/2001) |
| 07/26/2001 | 3 | MOTION by USA as to Philip A. Giordano (1) for Pretrial Detention [ 3:01-m -200 ] (Barrille, J.) (Entered: 07/30/2001) |
| 07/26/2001 | 4 | Temporary ORDER OF DETENTION as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) [ 3:01-m -200 ] (Barrille, J.) (Entered: 07/30/2001) |
| 07/27/2001 | 5 | MARSHAL'S RETURN of service on Arrest Warrant executed as to Philip A. Giordano (1) on 7/26/01 [ 3:01-m -200 ] (Barrille, J.) (Entered: 07/30/2001) |
| 07/27/2001 | 6 | TRANSCRIPT of Presentment held on 7/26/01 as to Philip A. Giordano (1) ( Court Reporter: Susan E. Catucci) [ 3:01-m -200 ] (Barrille, J.) Modified on 07/30/2001 (Entered: 07/30/2001) |
| 07/27/2001 | 7 | MOTION by Hartford Courant Co as to Philip A. Giordano (1) to intervene [ 3:01-m -200 ] (Barrille, J.) (Entered: 07/30/2001) |
| 07/27/2001 | 8 | MOTION by Hartford Courant Co as to Philip A. Gioradno (1) to Vacate Order Sealing File [ 3:01-m -200 ] (Barrille, J.) (Entered: 07/30/2001) |
| 07/27/2001 | 9 | MEMORANDUM by Hartford Courant Co as to Philip A. Gioradno (1) in support of [8-1] motion to Vacate Order Sealing File [ 3:01-m -200 ] (Barrille, J.) (Entered: 07/30/2001) |
| 07/27/2001 | 10 | Appearance for Hartford Courant Co by Attorney Ralph G. Elliot [ 3:01-m -200 ] (Barrille, J.) (Entered: 07/30/2001) |
| 07/31/2001 | 11 | MOTION by Philip A. Giordano (1) for Leave to File sealed document [ 3:01-m -200 ] (Barrille, J.) (Entered: 07/31/2001) |
| 07/31/2001 | 14 | Appearance for Philip A. Giordano (1) by Attorney Andrew B. Bowman [ 3:01-m -200 ] (Barrille, J.) (Entered: 08/01/2001) |
| 07/31/2001 | 15 | Bond hearing held as to Philip A. Giordano (1) continued to August 3, 2001 @ 2:00 pm ( AHN) [ 3:01-m -200 ] (Barrille, J.) (Entered: |

| | | 08/01/2001 |
|---|---|---|
| 07/31/2001 | 16 | Motion hearing held as to Philip A. Giordano (1) re: [8-1] motion to Vacate Order Sealing File, (Advisement) [7-1] motion to intervene (Granted); Motion by American-Republic to Intervene is granted; Briefs due August 3, 2001 ( AHN) [ 3:01-m -200 ] (Barrille, J.) Modified on 08/01/2001 (Entered: 08/01/2001) |
| 07/31/2001 | 17 | MOTION by American-Republican as to Philip A. Giordano (1) to Intervene [ 3:01-m -200 ] (Barrille, J.) (Entered: 08/01/2001) |
| 07/31/2001 | 18 | Appearance for American-Republican by Attorney Thomas G. Parisot [ 3:01-m -200 ] (Barrille, J.) (Entered: 08/01/2001) |
| 07/31/2001 | 19 | MOTION by American-Republican as to Philip A. Giordano (1) to Vacate Order Sealing File [ 3:01-m -200 ] (Barrille, J.) (Entered: 08/01/2001) |
| 07/31/2001 | 12 | OBJECTION by Philip A. Giordano to [8-1] motion to Vacate order sealing file [3:00m200] (Gutierrez, Y.) (Entered: 06/27/2003) |
| 07/31/2001 | 13 | Memorandum re: Objection to Motion to Vacate by Philip A. Giordano (Gutierrez, Y.) (Entered: 06/27/2003) |
| 08/02/2001 | 8 | MOTION by Jane Doe to Extend Time within which to conduct preliminary examination [ 3:01-m -196 ] (Moore, P.) (Entered: 08/03/2001) |
| 08/03/2001 | | ENDORSEMENT as to Jane Doe granting, upon the filing of a signed waiver [8-1] motion to Extend Time within which to conduct preliminary examination as to Jane Doe (1), to Continue pursuant to 18:3161(h)(8) Time Excluded from 8/6/01 to 8/15/01 ( Signed by Mag. Judge Joan G. Margolis ) [ 3:01-m -196 ] (Moore, P.) (Entered: 08/03/2001) |
| 08/03/2001 | 9 | MOTION by USA as to Jane Doe to Unseal arrest warrant and pretrial detention motion [ 3:01-m -196 ] (Moore, P.) (Entered: 08/03/2001) |
| 08/03/2001 | 20 | MEMORANDUM by American-Republican as to Philip A. Giordano (1) in support of [19-1] motion to Vacate Order Sealing File [ 3:01-m -200 ] (Barrille, J.) (Entered: 08/04/2001) |
| 08/03/2001 | 21 | Supplemental MEMORANDUM by Hartford Courant Co as to Philip a. Giordano (1) in support of [8-1] motion to Vacate Order Sealing File [ 3:01-m -200 ] (Barrille, J.) (Entered: 08/04/2001) |
| 08/03/2001 | 22 | Second Supplemental MEMORANDUM by Hartford Courant Co as to Philip A. Giordano (1) in support of [8-1] motion to Vacate Order |

| | | |
|---|---|---|
| | | Sealing File [ 3:01-m -200 ] (Barrille, J.) (Entered: 08/04/2001) |
| 08/06/2001 | 23 | MOTION by Philip A. Giordano (1) for Leave to File sealed document [ 3:01-m -200 ] (Barrille, J.) (Entered: 08/06/2001) |
| 08/06/2001 | 24 | Sealed document by Philip A. Giordano (1) (document filed separate from the case file) [ 3:01-m -200 ] (Barrille, J.) (Entered: 08/06/2001) |
| 08/06/2001 | 10 | Appearance for American Republic by Attorney Thomas G. Parisot [ 3:01-m -196 ] (Moore, P.) (Entered: 08/06/2001) |
| 08/06/2001 | 11 | MOTION by American Republic as to Jane Doe to intervene [ 3:01-m -196 ] (Moore, P.) (Entered: 08/06/2001) |
| 08/06/2001 | 12 | MOTION by American Republic as to Jane Doe to Vacate Order Sealing File [ 3:01-m -196 ] (Moore, P.) (Entered: 08/06/2001) |
| 08/06/2001 | 25 | MOTION by Philip A. Giordano (1) for closure of the proceedings during the hearing on the issue of defendant's release [ 3:01-m -200 ] (Krajcik, R.) (Entered: 08/07/2001) |
| 08/06/2001 | 26 | RESPONSE by USA as to Philip A. Giordano(1) re [25-1] motion for closure of the proceedings during the hearing on the issue of defendant's release [ 3:01-m -200 ] (Krajcik, R.) (Entered: 08/07/2001) |
| 08/06/2001 | 27 | OBJECTION by American-Republican as to Philip A. Giordano (1) to [25-1] motion for closure of the proceedings during the hearing on the issue of defendant's release [ 3:01-m -200 ] (Krajcik, R.) (Entered: 08/07/2001) |
| 08/06/2001 | | ENDORSEMENT granting [17-1] motion to Intervene as to Philip A. Giordano (1) (American Ruplican) ( Signed by Judge Alan H. Nevas ) [ 3:01-m -200 ] (Krajcik, R.) (Entered: 08/07/2001) |
| 08/06/2001 | 28 | OBJECTION by Hartford Courant Co as to Philip A. Giordano (1) to [25-1] motion for closure of the proceedings during the hearing on the issue of defendant's release [ 3:01-m -200 ] (Barrille, J.) (Entered: 08/08/2001) |
| 08/07/2001 | 29 | Motion hearing held as to Philip Giordano(1) re: [25-1] motion for closure of the proceedings during the hearing on the issue of defendant's release ( AHN) [ 3:01-m -200 ] (Krajcik, R.) (Entered: 08/08/2001) |
| 08/07/2001 | 32 | Sealed document as to Philip A. Giordano (document filed separate from the case file) [3:01cr200] (Gutierrez, Y.) (Entered: 06/30/2003) |
| 08/08/2001 | | ENDORSEMENT granting [23-1] motion for Leave to File sealed |

| | | |
|---|---|---|
| | | document as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) [ 3:01-m -200 ] (Krajcik, R.) (Entered: 08/08/2001) |
| 08/08/2001 | 13 | RESPONSE by Jane Doe to [9-1] motion to Unseal arrest warrant and pretrial detention motion [ 3:01-m -196 ] (Jefferson, V.) (Entered: 08/08/2001) |
| 08/08/2001 | 33 | Sealed document as to Philip A. Giordano (document filed separate from the case file) [3:01m200] (Gutierrez, Y.) (Entered: 06/30/2003) |
| 08/09/2001 | 14 | MOTION by Hartford Courant Co as to Jane Doe to join [12-1] motion to Vacate Order Sealing File [ 3:01-m -196 ] (Moore, P.) (Entered: 08/09/2001) |
| 08/09/2001 | 15 | Appearance for Hartford Courant Co by Attorney Ralph G. Elliot [ 3:01-m -196 ] (Moore, P.) (Entered: 08/09/2001) |
| 08/09/2001 | 30 | RULING as to Philip A. Giordano (1) granting [25-1] motion for closure of the proceedings during the hearing on the issue of defendant's release as to Philip A. Giordano (1), denying [19-1] motion to Vacate Order Sealing File as to Philip A. Giordano (1), denying [8-1] motion to Vacate Order Sealing File as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) [ 3:01-m -200 ] (Barrille, J.) (Entered: 08/09/2001) |
| 08/09/2001 | 16 | ORDER as to Jane Doe unsealing documents #3 thru 7, 9,10,11,13,14,15 and this order. For further information please see Order. ( Signed by Mag. Judge Joan G. Margolis ) [ 3:01-m -196 ] (Moore, P.) (Entered: 08/13/2001) |
| 08/09/2001 | 31 | Sealed document as to Philip A. Giordano (document filed separate from the case file) [3:01m200] (Gutierrez, Y.) (Entered: 06/30/2003) |
| 08/10/2001 | 34 | MOTION by SEALED Philip A. Giordano(1) for Leave to File Document under seal [ 3:01-m -200 ] (Krajcik, R.) (Entered: 08/10/2001) |
| 08/10/2001 | 35 | Sealed document by Philip A. Giordano (1) as to SEALED (document filed separate from the case file) [ 3:01-m -200 ] (Krajcik, R.) (Entered: 08/10/2001) |
| 08/10/2001 | | ENDORSEMENT as to Jane Doe granting [11-1] motion to intervene as to Jane Doe (1) ( Signed by Mag. Judge Joan G. Margolis ) [ 3:01-m -196 ] (Moore, P.) (Entered: 08/10/2001) |
| 08/10/2001 | 36 | Sealed document as to Philip A. Giordano (document filed separate from the case file) [3:01m200] (Gutierrez, Y.) (Entered: 06/30/2003) |
| 08/13/2001 | 17 | RESPONSE by American Republic as to Jane Doe re [12-1] motion |

| | | |
|---|---|---|
| | | to Vacate Order Sealing File [ 3:01-m -196 ] (Moore, P.) (Entered: 08/13/2001) |
| 08/13/2001 | 18 | MEMORANDUM by American Republic as to Jane Doe in support of [12-1] motion to Vacate Order Sealing File [ 3:01-m -196 ] (Jefferson, V.) (Entered: 08/13/2001) |
| 08/13/2001 | 19 | TRANSCRIPT of proceedings held on 7/23/01 as to Jane Doe. ( Court Reporter: tape, transcribed by U.S. Attorney's Office) [ 3:01-m -196 ] (Moore, P.) (Entered: 08/13/2001) |
| 08/14/2001 | 20 | REPLY by Jane Doe to response to [12-1] motion to Vacate Order Sealing File [ 3:01-m -196 ] (Moore, P.) (Entered: 08/14/2001) |
| 08/14/2001 | 21 | RULING as to Jane Doe granting in part, denying in part [12-1] motion to Vacate Order Sealing File as to Jane Doe (1), granting in part, denying in part [9-1] motion to Unseal arrest warrant and pretrial detention motion as Jane Doe (1) 7 pages. SEE for details. ( Signed by Mag. Judge Joan G. Margolis ) [ 3:01-m -196 ] (Jefferson, V.) (Entered: 08/15/2001) |
| 08/16/2001 | | ENDORSEMENT granting [34-1] motion for Leave to File Document under seal as to SEALED Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) [ 3:01-m -200 ] (Krajcik, R.) (Entered: 08/17/2001) |
| 08/16/2001 | 38 | MARSHAL'S RETURN of service on warrant executed as to SEALED 3:01m200(1) on 7/26/01 [ 3:01-m -200 ] (Montz, A.) (Entered: 08/21/2001) |
| 08/17/2001 | 39 | ORDER OF DETENTION as to [3-1] motion for Pretrial Detention as to Philip Giordano(1) (1) ( Signed by Judge Alan H. Nevas ) [ 3:01-m -200 ] (Boroskey, C.) (Entered: 08/22/2001) |
| 08/20/2001 | 37 | TRANSCRIPT of proceedings held on 8/7/01 as to Philip Giordano(1) ( Court Reporter: Sue Catucci) [ 3:01-m -200 ] (Moore, P.) (Entered: 08/21/2001) |
| 08/22/2001 | 22 | MOTION by USA as to Jane Doe to Extend Time [ 3:01-m -196 ] (Moore, P.) (Entered: 08/22/2001) |
| 08/22/2001 | | ENDORSEMENT as to Jane Doe granting absent objection and subject to the filing of a speedy trial waiver [22-1] motion to Extend Time as to Jane Doe (1) ( Signed by Senior Judge Ellen Bree Burns ) [ 3:01-m -196 ] (Moore, P.) (Entered: 08/22/2001) |
| 08/22/2001 | 23 | ORDER as to Jane Doe to Continue pursuant to 18:3161(h)(8) Time Excluded from 7/21/01 to 8/22/01 ( Signed by Senior Judge Ellen |

| | | |
|---|---|---|
| | | Bree Burns ) [ 3:01-m -196 ] (Moore, P.) (Entered: 08/22/2001) |
| 08/24/2001 | 40 | MOTION by American-Republican as to Philip A. Giordano (1) to Unseal #2 re: court's findings determining defendant's motion for release on bail [ 3:01-m -200 ] (Barrille, J.) (Entered: 08/24/2001) |
| 08/28/2001 | 41 | MOTION by Hartford Courant Co as to Philip A. Giordano (1) to Adopt Motion [40-1] motion to Unseal #2 re: court's findings determining defendant's motion for release on bail by American-Republican [ 3:01-m -200 ] (Barrille, J.) (Entered: 08/28/2001) |
| 08/28/2001 | 42 | TRANSCRIPT of proceedings held on 7/31/01 as to Philip A. Giordano (1) ( Court Reporter: Maria Corriette (Bowles) ) [ 3:01-m -200 ] (Krajcik, R.) (Entered: 08/29/2001) |
| 08/28/2001 | 24 | WAIVER of Speedy Trial re: Probable Cause Hearing by Jane Doe to Continue pursuant to 18:3161(h)(8) [ 3:01-m -196 ] (Moore, P.) (Entered: 08/29/2001) |
| 08/29/2001 | 43 | RESPONSE by USA as to Philip A. Giordano (1) re [40-1] motion to Unseal #2 re: court's findings determining defendant's motion for release on bail [ 3:01-m -200 ] (Krajcik, R.) (Entered: 08/29/2001) |
| 08/29/2001 | | ENDORSEMENT as to Jane Doe granting [24-1] waiver to Continue pursuant to 18:3161(h)(8) Time Excluded from 8/6/01 to 10/15/01 as to Jane Doe (1) ( Signed by Mag. Judge Joan G. Margolis ) [ 3:01-m -196 ] (Moore, P.) (Entered: 08/29/2001) |
| 09/06/2001 | 44 | MOTION by SEALED Philip Giordano(1) SEALED MOTION (document filed separate from case file) [ 3:01-m -200 ] (Krajcik, R.) (Entered: 09/07/2001) |
| 09/06/2001 | 45 | MOTION by SEALED Philip A. Giordano(1) SEALED MOTION and Affidavit (document filed separate from case file) [ 3:01-m -200 ] (Krajcik, R.) (Entered: 09/07/2001) |
| 09/07/2001 | 46 | MOTION by Hartford Courant Co as to SEALED 3:01m200(1) to Unseal [ 3:01-m -200 ] (Barrille, J.) (Entered: 09/10/2001) |
| 09/10/2001 | 47 | Sealed document by USA as to Philip A. Giordano (1) (document filed separate from the case file) [ 3:01-m -200 ] (Barrille, J.) (Entered: 09/13/2001) |
| 09/10/2001 | 48 | MOTION by Philip A. Gioradno (1) for Leave to File sealed document [ 3:01-m -200 ] (Barrille, J.) (Entered: 09/13/2001) |
| 09/10/2001 | | ENDORSEMENT granting [48-1] motion for Leave to File sealed document as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) [ 3:01-m -200 ] (Barrille, J.) (Entered: 09/13/2001) |

| | | |
|---|---|---|
| 09/10/2001 | 49 | Sealed document by Philip A. Giordano (1) (document filed separate from the case file) [ 3:01-m -200 ] (Barrille, J.) (Entered: 09/13/2001) |
| 09/10/2001 | 50 | Sealed document by Philip A. Giordano (1) (document filed separate from the case file) [ 3:01-m -200 ] (Barrille, J.) (Entered: 09/13/2001) |
| 09/11/2001 | 51 | Sealed document by USA as to Philip A. Giordano (1) (document filed separate from the case file) [ 3:01-m -200 ] (Barrille, J.) (Entered: 09/13/2001) |
| 09/11/2001 | 52 | Sealed document as to Philip A. Giordano (1) (document filed separate from the case file) [ 3:01-m -200 ] (Barrille, J.) (Entered: 09/13/2001) |
| 09/12/2001 | 53 | SEALED INDICTMENT returned in New Haven before JGM as to Philip A. Giordano-01 (1) count(s) 1-2, 3, Guitana M. Jones-02 (2) count(s) 3 warrants as detainers to issue; GJN-01-2; assign to New Haven rotation (Boroskey, C.) Modified on 09/18/2001 (Entered: 09/14/2001) |
| 09/12/2001 | | Count(s) added Philip A. Giordano-01 (1) count(s) 4s-14s, Guitana M. Jones-02 (2) count(s) 4s-14s (Boroskey, C.) (Entered: 09/19/2001) |
| 09/13/2001 | | ARREST Warrant issued and lodged as a detainer as to Philip A. Giordano-01, Guitana M. Jones-02 (Boroskey, C.) (Entered: 09/18/2001) |
| 09/18/2001 | 54 | MOTION by Guitana M. Jones-02 SEALED MOTION (document filed separate from case file) (Boroskey, C.) (Entered: 09/19/2001) |
| 09/18/2001 | 55 | MEMORANDUM by Guitana M. Jones-02 in support of [54-1] motion SEALED MOTION (Boroskey, C.) (Entered: 09/19/2001) |
| 09/19/2001 | 56 | Sealed document by USA as to Guitana M. Jones (2) (document filed separate from the case file) (Barrille, J.) (Entered: 09/19/2001) |
| 09/20/2001 | 57 | MOTION by American-Republican as to Philip A. Giordano (1) to Unseal all documents except documents #8 & document #9 in case #3:01m200(AHN) (Barrille, J.) (Entered: 09/20/2001) |
| 09/20/2001 | 58 | Motion hearing held as to Guitana Jones (2) re: [54-1] motion SEALED MOTION ( AHN) (Barrille, J.) (Entered: 09/24/2001) |

| | | |
|---|---|---|
| 09/20/2001 | 59 | Arraignment held as to Philip A. Giordano (1) ( AHN) (Barrille, J.) (Entered: 09/24/2001) |
| 09/20/2001 | | PLEA entered. Not Guilty: Philip A. Giordano (1) count(s) 1-2, 3, 4- |

| | | 14 Scheduling order to be filed; defendant detained; Court accepts plea. ( AHN) (Barrille, J.) Modified on 09/24/2001 (Entered: 09/24/2001) |
|---|---|---|
| 09/20/2001 | 60 | Arraignment held as to Guitana Jones (2) ( AHN) (Barrille, J.) (Entered: 09/24/2001) |
| 09/20/2001 | | PLEA entered. Not Guilty: Guitana Jones (2) count(s) 3, 4-14 Defendant detained;Scheduling order to be filed Court accepts plea. ( AHN) (Barrille, J.) Modified on 09/24/2001 (Entered: 09/24/2001) |
| 09/21/2001 | | ENDORSEMENT denying [54-1] motion SEALED MOTION as to Guitana Jones (2) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 09/24/2001) |
| 09/28/2001 | 61 | MOTION by Philip a. Giordano (1) for Leave to File sealed document (Barrille, J.) (Entered: 10/01/2001) |
| 09/28/2001 | 62 | Sealed document by Philip A. Giordano (1) (document filed separate from the case file) (Barrille, J.) (Entered: 10/01/2001) |
| 09/28/2001 | 63 | MARSHAL'S RETURN of service on warrant lodged as detainer executed as to Philip Giordano on 9/20/01 (Montz, A.) Modified on 10/02/2001 (Entered: 10/02/2001) |
| 10/01/2001 | 64 | MOTION by USA as to SEALED3:01cr216-01, SEALED3:01cr216-02 for Protective Order Regarding Electronic Surveillances and Logs (Barrille, J.) (Entered: 10/04/2001) |
| 10/03/2001 | 66 | Sealed document by Philip A. Giordano (1) (document filed separate from the case file) (Barrille, J.) (Entered: 10/09/2001) |
| 10/03/2001 | 67 | Sealed document by Philip A. Giordano (1) (document filed separate from the case file) (Barrille, J.) (Entered: 10/09/2001) |
| 10/04/2001 | | ENDORSEMENT granting [64-1] motion for Protective Order Regarding Electronic Surveillances and Logs as to Philip A. Giordano (1), Guitana M. Jones (2) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 10/04/2001) |
| 10/04/2001 | 65 | Protective ORDER regarding court-authorized electronic surveillances and logs as to Philip A. Giordano (1) and Guitana M. Jones (2) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 10/04/2001) |
| 10/16/2001 | 68 | MOTION by USA as to Philip A. Giordano (1), Guitana M. Jones (2) for Scheduling & Speedy Trial Order (Barrille, J.) (Entered: 10/16/2001) |

| | | |
|---|---|---|
| 10/19/2001 | 69 | MOTION by Philip A. Giordano (1) for Leave to File sealed motion (Barrille, J.) (Entered: 10/22/2001) |
| 10/19/2001 | 70 | MOTION by Philip A. Giordano (1) SEALED MOTION (document filed separate from case file) - Unsealed See Doc #251 (Barrille, J.) Modified on 06/30/2003 (Entered: 10/22/2001) |
| 10/19/2001 | 71 | Sealed document by Philip A. Giordano (1) (document filed separate from the case file) - Unsealed See Doc# 251 (Barrille, J.) Modified on 06/30/2003 (Entered: 10/22/2001) |
| 10/22/2001 | | ENDORSEMENT granting [68-1] motion for Scheduling & Speedy Trial Order as to Philip a Giordano (1), Guitana M. Jones (2) ( Signed by Judge Alan H. Nevas ) (Krajcik, R.) (Entered: 10/22/2001) |
| 10/22/2001 | 72 | FIRST SCHEDULING ORDER as to Philip a Giordano-01, Guitana M. Jones -02 setting Substantive Motions due by December 10, 2001 Government Response by 1/01/02. Time excluded from 10/3/01 to 1/3/02. Time excluded pursuant to Speedy Trial Act ( signed by Judge Alan H. Nevas ) (Krajcik, R.) Modified on 10/22/2001 (Entered: 10/22/2001) |
| 10/26/2001 | 73 | MOTION by USA as to Philip A. Giordano (1) for Leave to File sealed document (Barrille, J.) (Entered: 10/26/2001) |
| 10/26/2001 | 74 | Sealed document by USA as to Philip A. Giordano (1) (document filed separate from the case file) - Unsealed See Doc #251 (Barrille, J.) Modified on 06/30/2003 (Entered: 10/26/2001) |
| 10/26/2001 | | ENDORSEMENT granting in part, denying in part [69-1] motion for Leave to File sealed motion as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 10/26/2001) |
| 10/26/2001 | | ENDORSEMENT as to granting [73-1] motion for Leave to File sealed document as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 10/26/2001) |
| 10/26/2001 | 75 | RULING granting [57-1] motion to Unseal all documents except documents #8 & document #9 in case #3:01m200(AHN) as to Philip A. Giordano (1), granting [46-1] motion to Unseal as to Philip A. Giordano (1), granting [41-1] motion to Adopt Motion [40-1] motion to Unseal #2 re: court's findings determining defendant's motion for release on bail by American-Republican as to Philip A. Giordano (1), granting [40-1] motion to Unseal #2 re: court's findings determining defendant's motion for release on bail as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 10/26/2001) |
| 10/26/2001 | | Indictment unsealed as to Philip A. Giordano (1), Guitana M. Jones |

| | | |
|---|---|---|
| | | (2). (Barrille, J.) (Entered: 10/26/2001) |
| 10/26/2001 | 76 | MOTION by USA as to Philip A. Giordano Regarding Sealed Filings (Barrille, J.) (Entered: 10/29/2001) |
| 10/26/2001 | | ENDORSEMENT granting [76-1] motion Regarding Sealed Filings as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 10/29/2001) |
| 10/26/2001 | 79 | Motion hearing held as to Philip A. Giordano re: [57-1] motion to Unseal all documents except documents #8 & document #9 in case #3:01m200(AHN) ( AHN) (Barrille, J.) (Entered: 11/01/2001) |
| 10/30/2001 | 77 | Second MOTION by USA as to Philip A. Giordano, Guitana M. Jones regarding sealed filings (Barrille, J.) (Entered: 10/30/2001) |
| 10/31/2001 | 78 | WAIVER of Speedy Trial by Philip A. Giordano to Continue pursuant to 18:3161(h)(8) (Barrille, J.) (Entered: 10/31/2001) |
| 11/02/2001 | 80 | WAIVER of Speedy Trial by Guitana M. Jones to Continue pursuant to 18:3161(h)(8) fron 10/3/01 to 1/3/02 (Barrille, J.) (Entered: 11/05/2001) |
| 11/05/2001 | | ENDORSEMENT granting [78-1] waiver to Continue pursuant to 18:3161(h)(8) Time Excluded from 10/31/01 to 4/16/02 as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 11/06/2001) |
| 11/07/2001 | 81 | MOTION by Philip A. Giordano for Leave to File sealed document (Barrille, J.) (Entered: 11/07/2001) |
| 11/07/2001 | 82 | Sealed document by Philip A. Giordano (document filed separate from the case file) - Unsealed See Doc #251 (Barrille, J.) Modified on 06/30/2003 (Entered: 11/07/2001) |
| 11/07/2001 | 83 | MOTION by Philip A. Giordano for closure of proceedings during hearing on the issue of release (Barrille, J.) (Entered: 11/07/2001) |
| 11/07/2001 | | ENDORSEMENT granting [80-1] waiver to Continue pursuant to 18:3161(h)(8) Time Excluded from 10/3/01 to 1/2/02 as to Guitana M. Jones (2) ( Signed by Judge Alan H. Nevas ) (Krajcik, R.) (Entered: 11/07/2001) |
| 11/07/2001 | 84 | OBJECTION by Hartford Courant as to Philip A. Giordano to [83-1] motion for closure of proceedings during hearing on the issue of release (Barrille, J.) (Entered: 11/08/2001) |
| 11/08/2001 | 85 | OBJECTION by American-Republican as to Philip A. Giordano to [83-1] motion for closure of proceedings during hearing on the issue |

| | | |
|---|---|---|
| | | of release (Barrille, J.) (Entered: 11/08/2001) |
| 11/08/2001 | 87 | Motion hearing held as to Philip A. Giordano re: [83-1] motion for closure of proceedings during hearing on the issue of release, [70-1] motion SEALED MOTION ( AHN) (Barrille, J.) (Entered: 11/13/2001) |
| 11/08/2001 | | Minute entry: granting in part, denying in part [83-1] motion for closure of proceedings during hearing on the issue of release , denying [70-1] motion SEALED MOTION as to Philip A. Giordano (1) (Barrille, J.) (Entered: 11/13/2001) |
| 11/08/2001 | 88 | Marked Court Exhibit List (Barrille, J.) (Entered: 11/13/2001) |
| 11/09/2001 | 86 | NOTICE OF APPEAL from the denial of deft's motion for release from pretrial detention. Certified copy of Appeal and Docket mailed to USCA. FILING FEE $ 105.00 RECEIPT # B002998 (Warren, C.) (Entered: 11/09/2001) |
| 11/13/2001 | | ENDORSEMENT granting [77-1] motion regarding sealed filings as to Philip A. Giordano (1), Guitana M. Jones (2) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 11/13/2001) |
| 11/14/2001 | 89 | Sealed document filed by the Court (document filed separate from the case file) - Unsealed See Doc #251 (Barrille, J.) Modified on 06/30/2003 (Entered: 11/15/2001) |
| 12/06/2001 | 90 | MOTION by Philip A. Giordano to Dismiss indictment (Barrille, J.) (Entered: 12/06/2001) |
| 12/06/2001 | 91 | MEMORANDUM by Philip A. Giordano in support of [90-1] motion to Dismiss indictment (Barrille, J.) (Entered: 12/06/2001) |
| 12/06/2001 | 92 | MOTION by Philip A. Giordano to Extend Time to 12/31/01 to file motions addressed to discovery issues (Barrille, J.) (Entered: 12/06/2001) |
| 12/10/2001 | | ENDORSEMENT granting [92-1] motion to Extend Time to 12/31/01 to file motions addressed to discovery issues as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 12/11/2001) |
| 12/10/2001 | 93 | MOTION by Philip A. Giordano for Bill of Particulars (Barrille, J.) (Entered: 12/11/2001) |
| 12/10/2001 | 94 | Supplemental MOTION by Philip A. Giordano to Dismiss Indictment (Barrille, J.) (Entered: 12/11/2001) |
| 12/13/2001 | 95 | Sealed document (document filed separate from the case file) - |