Exhibit B

| | | |
|---|---|---|
| | | Unsealed See Doc #251 (Krajcik, R.) Modified on 06/30/2003 (Entered: 12/13/2001) |
| 01/03/2002 | 96 | RESPONSE by USA as to Philip A. Giordano re [94-1] motion to Dismiss Indictment, [93-1] motion for Bill of Particulars(Barrille, J.) Modified on 01/04/2002 (Entered: 01/04/2002) |
| 01/14/2002 | 97 | MOTION by Philip A. Giordano for Leave to File Reply to Government's response to Defendant's Motion to Dismiss (Krajcik, R.) (Entered: 01/14/2002) |
| 01/16/2002 | | ENDORSEMENT granting [97-1] motion for Leave to File Reply to Government's response to Defendant's Motion to Dismiss as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Krajcik, R.) (Entered: 01/16/2002) |
| 01/24/2002 | 98 | REPLY by Philip A. Giordano to response to [90-1] motion to Dismiss indictment (Krajcik, R.) (Entered: 01/25/2002) |
| 01/31/2002 | 99 | MOTION by Philip A. Giordano for Leave to File Memorandum under seal (Krajcik, R.) (Entered: 01/31/2002) |
| 01/31/2002 | 100 | MOTION by Philip A. Giordano to Suppress Tangible Objects (Krajcik, R.) (Entered: 01/31/2002) |
| 01/31/2002 | 101 | Sealed document by Philip A. Giordano as to Philip A. Giordano (document filed separate from the case file) - Unsealed See Doc #251 (Krajcik, R.) Modified on 06/30/2003 (Entered: 01/31/2002) |
| 01/31/2002 | 102 | MOTION by Philip A. Giordano to Extend Time in which to file motion to suppress oral statments (Krajcik, R.) (Entered: 01/31/2002) |
| 01/31/2002 | 103 | MOTION by Philip A. Giordano to Suppress wire and oral interceptions obtained by the government under Title III of the Omnibus Crime Control and Safe Streets act of 1968, as amended, 18 U.S.C. 2510 ET SEQ. and all evidence derived therefrom (Krajcik, R.) (Entered: 01/31/2002) |
| 01/31/2002 | 104 | MOTION by Philip A. Giordano for Leave to File Document under seal (Krajcik, R.) (Entered: 01/31/2002) |
| 01/31/2002 | 105 | Sealed document by Philip A. Giordano (document filed separate from the case file) (Krajcik, R.) (Entered: 01/31/2002) |
| 02/01/2002 | | ENDORSEMENT granting [99-1] motion for Leave to File Memorandum under seal as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Krajcik, R.) (Entered: 02/01/2002) |
| 02/01/2002 | | ENDORSEMENT granting [104-1] motion for Leave to File |

| | | |
|---|---|---|
| | | Document under seal as to Philip Giordano (1) ( Signed by Judge Alan H. Nevas ) (Krajcik, R.) (Entered: 02/01/2002) |
| 02/01/2002 | | ENDORSEMENT granting [102-1] motion to Extend Time to 2/15/02 in which to file motion to suppress oral statments as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 02/06/2002) |
| 02/11/2002 | 106 | MOTION by USA as to Philip A. Giordano for Order Scheduling Order (Barrille, J.) (Entered: 02/12/2002) |
| 02/11/2002 | 107 | MOTION by Philip A. Giordano to Extend Time to 3/1/02 to file motion to suppress oral statements (Barrille, J.) (Entered: 02/12/2002) |
| 02/15/2002 | | ENDORSEMENT granting [107-1] motion to Extend Time to 3/1/02 to file motion to suppress oral statements as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 02/19/2002) |
| 02/15/2002 | | ENDORSEMENT granting [106-1] motion for Order Scheduling Order as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 02/19/2002) |
| 02/25/2002 | 126 | Scheduling Order from USCA as to Philip A. Giordano [86-1] appeal USCA Number: 01-1608 (Warren, C.) (Entered: 04/22/2002) |
| 03/01/2002 | 108 | MOTION by Philip A. Giordano to Extend Time to file Motion to suppress oral statements (3/15/02) (Krajcik, R.) (Entered: 03/01/2002) |
| 03/04/2002 | | ENDORSEMENT granting [108-1] motion to Extend Time to file Motion to suppress oral statements (3/15/02) as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Krajcik, R.) (Entered: 03/04/2002) |
| 03/04/2002 | 111 | MOTION by USA as to Philip A. Giordano, Guitana M. Jones for Leave to File sealed document (Barrille, J.) (Entered: 03/05/2002) |
| 03/04/2002 | 113 | MOTION by Philip A. Giordano SEALED MOTION (document filed separate from case file) - Unsealed See Doc #251 (Krajcik, R.) Modified on 06/30/2003 (Entered: 03/06/2002) |
| 03/04/2002 | 115 | MEMORANDUM by Philip A. Giordano in support of [114-1] motion SEALED MOTION - Unsealed See Doc #251 (Krajcik, R.) Modified on 06/30/2003 (Entered: 03/06/2002) |
| 03/04/2002 | 116 | Sealed document as to Philip A. Giordano (document filed separate from the case file) - Unsealed See Doc #251 (Krajcik, R.) Modified on 06/30/2003 (Entered: 03/06/2002) |

| 03/05/2002 | 109 | Sealed document by USA as to Philip A. Giordano, Guitana M. Jones (document filed separate from the case file) (Barrille, J.) (Entered: 03/05/2002) |
|---|---|---|
| 03/05/2002 | 110 | Sealed document by USA as to Philip A. Giordano, Guitana M. Jones (document filed separate from the case file) (Barrille, J.) (Entered: 03/05/2002) |
| 03/05/2002 | 112 | Sealed document by USA as to Philip A. Giordano (document filed separate from the case file) (Barrille, J.) Modified on 06/30/2003 (Entered: 03/05/2002) |
| 03/05/2002 | 114 | MOTION by Philip A. Giordano SEALED MOTION (document filed separate from case file) - Unsealed See Doc #251 (Krajcik, R.) Modified on 06/30/2003 (Entered: 03/06/2002) |
| 03/06/2002 |  | ENDORSEMENT granting [113-1] motion SEALED MOTION as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Krajcik, R.) (Entered: 03/06/2002) |
| 03/14/2002 | 117 | MOTION by USA as to Philip A. Giordano, Guitana M. Jones for Leave to File sealed document (Barrille, J.) (Entered: 03/15/2002) |
| 03/14/2002 | 118 | Sealed document by USA as to Philip A. Giordano, Guitana M. Jones (document filed separate from the case file) - Unsealed See Doc #251 (Barrille, J.) Modified on 06/30/2003 (Entered: 03/15/2002) |
| 03/15/2002 | 119 | MOTION by Philip A. Giordano to Extend Time to file motion to suppress oral statements until 4/5/02 (Krajcik, R.) (Entered: 03/15/2002) |
| 03/18/2002 |  | INDEX to Record on Appeal mailed to USCA as to Philip A. Giordano re: [86-1] appeal by Philip A. Giordano (Warren, C.) (Entered: 03/18/2002) |
| 03/19/2002 |  | ENDORSEMENT as to Philip A. Giordano, Guitana M. Jones granting [117-1] motion for Leave to File sealed document as to Philip A. Giordano (1), Guitana M. Jones (2) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 03/19/2002) |
| 03/19/2002 |  | ENDORSEMENT granting [119-1] motion to Extend Time to file motion to suppress oral statements until 4/5/02 as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 03/19/2002) |
| 03/27/2002 |  | ENDORSEMENT granting [14-1] motion to join [12-1] motion to Vacate Order Sealing File as to Guitana M. Jones (2) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 03/27/2002) |

| | | |
|---|---|---|
| 03/28/2002 | 120 | Supplemental Filing by USA as to Philip A. Giordano re [90-1] motion to Dismiss indictment (Krajcik, R.) (Entered: 03/28/2002) |
| 03/28/2002 | 121 | Motion hearing held as to Philip A. Giordano re: [94-1] motion to Dismiss Indictment, [90-1] motion to Dismiss indictment ( AHN) (Montz, A.) (Entered: 03/28/2002) |
| 03/28/2002 | | Minute entry as to Philip A. Giordano : [90-1] motion to Dismiss indictment under advisement as to Philip A. Giordano (1) [94-1] motion to Dismiss Indictment under advisement as to Philip A. Giordano (1) (Montz, A.) (Entered: 03/28/2002) |
| 04/03/2002 | 122 | Government's second filing regarding defendant Giordano's Motion to Dismiss by USA as to Philip A. Giordano re [94-1] motion to Dismiss Indictment, [90-1] motion to Dismiss indictment (Krajcik, R.) (Entered: 04/03/2002) |
| 04/03/2002 | 123 | REPLY by Philip A. Giordano to response to [94-1] motion to Dismiss Indictment, [90-1] motion to Dismiss indictment (Krajcik, R.) (Entered: 04/03/2002) |
| 04/08/2002 | 124 | MOTION by Philip A. Giordano to Extend Time to 4/19/02 to file motion to suppress oral statements (Krajcik, R.) (Entered: 04/09/2002) |
| 04/09/2002 | | ENDORSEMENT granting [124-1] motion to Extend Time to 4/19/02 to file motion to suppress oral statements as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Krajcik, R.) (Entered: 04/09/2002) |
| 04/17/2002 | 125 | ACKNOWLEDGED receipt of Index to Record on Appeal at USCA on 3/32/02 as to Guitana M. Jones re: [86-1] appeal by Philip A. Giordano USCA Number: 01-1608 (Warren, C.) (Entered: 04/18/2002) |
| 04/23/2002 | 127 | TRANSCRIPT of Motion to Dismiss Hearing held on 3/28/02 as to Philip A. Giordano ( Court Reporter: Cunningham Group, Inc.) (Gutierrez, Y.) (Entered: 04/23/2002) |
| 06/21/2002 | 128 | MARSHAL'S RETURN of service on Warrant executed as to Guitana M. Jones on 9/20/01 (Gutierrez, Y.) (Entered: 06/25/2002) |
| 07/24/2002 | 129 | Fourth RESPONSE by USA as to Philip A. Giordano re [94-1] motion to Dismiss Indictment, [90-1] motion to Dismiss indictment (Gutierrez, Y.) (Entered: 07/25/2002) |
| 07/26/2002 | 131 | REPLY by Philip A. Giordano to response to [90-1] motion to Dismiss indictment (Gutierrez, Y.) (Entered: 07/30/2002) |

| | | |
|---|---|---|
| 07/29/2002 | 130 | RULING denying [90-1] motion to Dismiss indictment as to Philip A. Giordano (1), denying [94-1] motion to Dismiss Indictment as to Philip A. (1) ( Signed by Judge Alan H. Nevas ) (Gutierrez, Y.) (Entered: 07/29/2002) |
| 09/10/2002 | 132 | MOTION by USA as to Philip A. Giordano to Continue pursuant to 18:3161(h)(8) (Gutierrez, Y.) (Entered: 09/11/2002) |
| 09/10/2002 | 133 | Change of Plea as to Guitana M. Jones held Request to change plea entered earlier - GRANTED. ( AHN) (Gutierrez, Y.) (Entered: 09/11/2002) |
| 09/10/2002 | 134 | Cooperation Agreement Letter as to Guitana M. Jones (Gutierrez, Y.) (Entered: 09/11/2002) |
| 09/10/2002 | 135 | Plea Agreement Letter as to Guitana M. Jones (Gutierrez, Y.) (Entered: 09/11/2002) |
| 09/10/2002 | 136 | MOTION by Philip A. Giordano to Seal (Gutierrez, Y.) Modified on 09/11/2002 (Entered: 09/11/2002) |
| 09/10/2002 | 137 | Sealed document by Philip A. Giordano (document filed separate from the case file) - Unsealed See Doc #251 (Gutierrez, Y.) Modified on 06/30/2003 (Entered: 09/11/2002) |
| 09/10/2002 | 138 | MOTION by Philip A. Giordano to Disqualify Judge (Gutierrez, Y.) (Entered: 09/11/2002) |
| 09/10/2002 | 139 | MEMORANDUM by Philip A. Giordano in support of [138-1] motion to Disqualify Judge (Gutierrez, Y.) (Entered: 09/11/2002) |
| 09/10/2002 | | PLEA entered PLEA of GUILTY: Guitana M. Jones (2) count(s) 3, 4, 6, 8 Sentencing set for 9:00 11/27/02 for Guitana M. Jones Court accepts plea. Defendant detained ( AHN) (Gutierrez, Y.) (Entered: 09/11/2002) |
| 09/12/2002 | | ENDORSEMENT granting [136-1] motion to Seal as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Gutierrez, Y.) (Entered: 09/12/2002) |
| 09/12/2002 | 140 | Motion hearing held as to Philip A. Giordano re: [114-1] motion SEALED MOTION ( AHN) (Barrille, J.) (Entered: 09/16/2002) |
| 09/13/2002 | | ENDORSEMENT denying [114-1] motion SEALED MOTION as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 09/16/2002) |

| | | |
|---|---|---|
| 09/20/2002 | 141 | RESPONSE by USA as to Philip A. Giordano re [138-1] motion to Disqualify Judge (Barrille, J.) (Entered: 09/20/2002) |
| 09/20/2002 | 142 | MANDATE OF USCA (certified copy) dated 9/9/02 as to Philip A. Giordano Re: [86-1] appeal by Philip A. Giordano affirming judgment/order ( Roseann B. MacKechnie) (Gutierrez, Y.) (Entered: 09/24/2002) |
| 10/11/2002 | 143 | TRANSCRIPT of Change of Plea on 9/10/02 as to Guitana M. Jones ( Court Reporter: Susan E. Catucci) (Gutierrez, Y.) (Entered: 10/15/2002) |
| 11/14/2002 | 144 | RULING denying [138-1] motion to Disqualify Judge as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Gutierrez, Y.) (Entered: 11/19/2002) |
| 12/09/2002 | 145 | MOTION by Philip A. Giordano for Leave to File under seal (Gutierrez, Y.) Modified on 12/11/2002 (Entered: 12/10/2002) |
| 12/09/2002 | 146 | Sealed document by Philip A. Giordano (document filed separate from the case file) (Gutierrez, Y.) (Entered: 12/10/2002) |
| 12/10/2002 | 147 | MOTION by Philip A. Giordano for Leave to File Under Seal (Gutierrez, Y.) (Entered: 12/11/2002) |
| 12/10/2002 | 148 | Sealed document by Philip A. Giordano (document filed separate from the case file) - Unsealed See Doc #251 (Gutierrez, Y.) Modified on 06/30/2003 (Entered: 12/11/2002) |
| 12/20/2002 | | ENDORSEMENT granting [145-1] motion for Leave to File under seal as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Gutierrez, Y.) (Entered: 12/20/2002) |
| 12/20/2002 | | ENDORSEMENT granting [147-1] motion for Leave to File Under Seal as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Gutierrez, Y.) (Entered: 12/20/2002) |
| 12/24/2002 | 149 | MOTION by USA as to Philip A. Giordano for Leave to File sealed document (Barrille, J.) (Entered: 12/26/2002) |
| 12/24/2002 | 150 | Sealed document by USA as to Philip A. Giordano (document filed separate from the case file) - Unsealed See Doc #251 (Barrille, J.) Modified on 06/30/2003 (Entered: 12/26/2002) |
| 12/24/2002 | 151 | MOTION by USA as to Philip A. Giordano for Leave to File sealed document (Barrille, J.) (Entered: 12/26/2002) |
| 12/24/2002 | 152 | Sealed document by USA as to Philip A. Giordano (document filed |

| | | |
|---|---|---|
| | | separate from the case file) (Barrille, J.) (Entered: 12/26/2002) |
| 01/06/2003 | 153 | Motion hearing held as to Philip A. Giordano re: [103-1] motion to Suppress wire and oral interceptions obtained by the government under Title III of the Omnibus Crime Control and Safe Streets act of 1968, as amended, 18 U.S.C. 2510 ET SEQ. and all evidence derived therefrom, [100-1] motion to Suppress Tangible Objects ( AHN) (Gutierrez, Y.) (Entered: 01/13/2003) |
| 01/06/2003 | | MOTION in open court by Philip A. Giordano for Frank's Hearing (Gutierrez, Y.) (Entered: 01/13/2003) |
| 01/06/2003 | | Minute entry as to Philip A. Giordano : denying (Date 1/6/03) oral motion for Frank's Hearing as to Philip A. Giordano (1) (Gutierrez, Y.) (Entered: 01/13/2003) |
| 01/09/2003 | 154 | Motion hearing held as to Philip A. Giordano re: [103-1] motion to Suppress wire and oral interceptions obtained by the government under Title III of the Omnibus Crime Control and Safe Streets act of 1968, as amended, 18 U.S.C. 2510 ET SEQ. and all evidence derived therefrom, [100-1] motion to Suppress Tangible Objects ( AHN) (Gutierrez, Y.) (Entered: 01/13/2003) |
| 01/09/2003 | | Minute entry : [103-1] motion to Suppress wire and oral interceptions obtained by the government under Title III of the Omnibus Crime Control and Safe Streets act of 1968, as amended, 18 U.S.C. 2510 ET SEQ. and all evidence derived therefrom under advisement as to Philip A. Giordano (1), [100-1] motion to Suppress Tangible Objects under advisement as to Philip A. Giordano (1) (Gutierrez, Y.) (Entered: 01/13/2003) |
| 01/09/2003 | 155 | Sealed document by USA as to Philip A. Giordano (document filed separate from the case file) (Gutierrez, Y.) (Entered: 01/13/2003) |
| 01/09/2003 | 156 | MANDATE OF USCA (certified copy) dated 1/3/02 as to Philip A. Giordano Re: [86-1] appeal by Philip A. Giordano Ordered that the petition for writ of mandamus and the pending motion for an expedited hearing or a stay are denied ( Roseann B. MacKechnie) (Gutierrez, Y.) (Entered: 01/13/2003) |
| 01/10/2003 | 157 | Marked Court Exhibit List (Gutierrez, Y.) (Entered: 01/13/2003) |
| 01/16/2003 | 175 | SUPERSEDING INDICTMENT as to Philip A. Giordano (1) count(s) 1s-2s, 3s, 4s-18s (Gutierrez, Y.) (Entered: 02/14/2003) |
| 01/21/2003 | 158 | TRANSCRIPT of hearing on Motion to Suppress held on 1/6/93 as to Philip A. Giordano ( Court Reporter: Bowles Reporting Service) (Barrille, J.) (Entered: 01/22/2003) |

| | | |
|---|---|---|
| 02/03/2003 | 159 | Supplemental MEMORANDUM by Philip A. Giordano in support of [103-1] motion to Suppress wire and oral interceptions obtained by the government under Title III of the Omnibus Crime Control and Safe Streets act of 1968, as amended, 18 U.S.C. 2510 ET SEQ. and all evidence derived therefrom (Gutierrez, Y.) (Entered: 02/04/2003) |
| 02/04/2003 | 160 | MOTION by USA as to Philip A. Giordano for Order Allowing Child Witnesses to Testify by Closed Circuit Television , for Evidentiary Hearing (Gutierrez, Y.) (Entered: 02/04/2003) |
| 02/06/2003 | 162 | MOTION by USA as to Philip A. Giordano to Unseal Superseding Indictment (Montz, A.) (Entered: 02/10/2003) |
| 02/06/2003 | 168 | Arraignment held as to Philip A. Giordano ( AHN) (Montz, A.) (Entered: 02/11/2003) |
| 02/06/2003 | | PLEA entered by Philip A. Giordano . Not Guilty as to Counts 1-18 of the Sealed Superseding Indictment: Government's motion to unseal superseding indictment under advisement Court accepts plea. ( AHN) (Montz, A.) (Entered: 02/11/2003) |
| 02/06/2003 | | Jury selection as to Philip A. Giordano set for 9:00 3/4/03 for Philip A. Giordano ( AHN) (Montz, A.) (Entered: 02/11/2003) |
| 02/07/2003 | 161 | MOTION by Philip A. Giordano to Dismiss the Superseding Indictment for Incorporation of Prior Motions and Memoranda and Objection to Government's Motion to Unseal (Montz, A.) (Entered: 02/10/2003) |
| 02/07/2003 | 163 | MOTION by Philip A. Giordano to Prohibit Unmonitored Interviews of Alleged Child Victims in the Absence of a Court Monitor and in the Absence of the Defendant's Counsel or Representative (Montz, A.) (Entered: 02/10/2003) |
| 02/07/2003 | 164 | MOTION by Philip A. Giordano to Seal (Montz, A.) (Entered: 02/10/2003) |
| 02/07/2003 | 166 | OBJECTION by Philip A. Giordano to [160-1] motion for Order Allowing Child Witnesses to Testify by Closed Circuit Television, [160-2] motion for Evidentiary Hearing (Montz, A.) (Entered: 02/11/2003) |
| 02/07/2003 | 167 | MEMORANDUM by Philip A. Giordano in support of [166-1] objection (Montz, A.) (Entered: 02/11/2003) |
| 02/07/2003 | 172 | Sealed document by Philip A. Giordano (document filed separate from the case file) (Gutierrez, Y.) (Entered: 02/14/2003) |

| 02/10/2003 | | ENDORSEMENT denying [163-1] motion to Prohibit Unmonitored Interviews of Alleged Child Victims in the Absence of a Court Monitor and in the Absence of the Defendant's Counsel or Representative as to Philip A. Giordano for reasons which the Court will articulate on the record on 2/12/03 (1) ( Signed by Judge Alan H. Nevas ) (Montz, A.) (Entered: 02/10/2003) |
|---|---|---|
| 02/10/2003 | 165 | RESPONSE by USA as to Philip A. Giordano re [161-1] motion to Dismiss the Superseding Indictment for Incorporation of Prior Motions and Memoranda and Objection to Government's Motion to Unseal (Montz, A.) (Entered: 02/10/2003) |
| 02/11/2003 | 169 | Sealed document by USA as to Philip A. Giordano (document filed separate from the case file) - Unsealed See Doc #251 (Gutierrez, Y.) Modified on 06/30/2003 (Entered: 02/11/2003) |
| 02/11/2003 | 231 | MOTION by Philip A. Giordano to Compel production of Brady Material & Expert Reports (Gutierrez, Y.) (Entered: 04/21/2003) |
| 02/12/2003 | 170 | MOTION by USA as to Philip A. Giordano SEALED MOTION (document filed separate from case file) (Gutierrez, Y.) (Entered: 02/14/2003) |
| 02/12/2003 | 174 | Motion hearing held as to Philip A. Giordano re: [161-1] motion to Dismiss the Superseding Indictment for Incorporation of Prior Motions and Memoranda and Objection to Government's Motion to Unseal, [160-1] motion for Order Allowing Child Witnesses to Testify by Closed Circuit Television, [162-1] motion to Unseal Superseding Indictment ( AHN) (Gutierrez, Y.) (Entered: 02/14/2003) |
| 02/12/2003 | | MOTION in open court by Philip A. Giordano to close courtroom (Gutierrez, Y.) (Entered: 02/14/2003) |
| 02/12/2003 | | MOTION in open court by Philip A. Giordano for sequestration (Gutierrez, Y.) (Entered: 02/14/2003) |
| 02/12/2003 | | Renewed MOTION in open court by Philip A. Giordano to close courtroom (Gutierrez, Y.) (Entered: 02/14/2003) |
| 02/12/2003 | | Minute entry : denying [161-1] motion to Dismiss the Superseding Indictment for Incorporation of Prior Motions and Memoranda and Objection to Government's Motion to Unseal as to Philip A. Giordano (1), granting [160-1] motion for Order Allowing Child Witnesses to Testify by Closed Circuit Television as to Philip A. Giordano (1), granting [162-1] motion to Unseal Superseding Indictment as to Philip A. Giordano (1), denying oral motion to close courtroom as to Philip A. Giordano (1), granting oral motion for sequestration as to |

| | | |
|---|---|---|
| | | Philip A. Giordano (1), granting oral motion to close courtroom as to Philip A. Giordano (1), granting [170-1] motion SEALED MOTION as to Philip A. Giordano (1) (Gutierrez, Y.) (Entered: 02/14/2003) |
| 02/13/2003 | 171 | Marked Witness List as to Philip A. Giordano (Gutierrez, Y.) (Entered: 02/14/2003) |
| 02/13/2003 | | ENDORSEMENT granting [164-1] motion to Seal as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Gutierrez, Y.) (Entered: 02/14/2003) |
| 02/13/2003 | 173 | Sealed document by USA as to Philip A. Giordano (document filed separate from the case file) (Gutierrez, Y.) (Entered: 02/14/2003) |
| 02/14/2003 | 176 | RULING denying [100-1] motion to Suppress Tangible Objects as to Philip A. Giordano (1), denying [103-1] motion to Suppress wire and oral interceptions obtained by the government under Title III of the Omnibus Crime Control and Safe Streets act of 1968, as amended, 18 U.S.C. 2510 ET SEQ. and all evidence derived therefrom as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Gutierrez, Y.) (Entered: 02/14/2003) |
| 02/18/2003 | 177 | Sealed document by Philip A. Giordano (document filed separate from the case file) (Gutierrez, Y.) (Entered: 02/18/2003) |
| 02/18/2003 | 200 | MOTION by Philip A. Giordano to Seal (Gutierrez, Y.) (Entered: 03/11/2003) |
| 02/20/2003 | 178 | MOTION by USA as to Philip A. Giordano for Order Permitting the United States Marshal to Transport the Defendant (Gutierrez, Y.) (Entered: 02/20/2003) |
| 02/21/2003 | | APPLICATION for WRIT of Habeas Corpus ad Testificandum by USA and writ issued as to Guitana Jones with order thereon. Original and two true attested copies handed USM for service. ( signed by Judge Peter C. Dorsey ) (Moore, P.) (Entered: 02/24/2003) |
| 02/27/2003 | 179 | PROPOSED Voir Dire Questions by Philip A. Giordano (Gutierrez, Y.) (Entered: 02/27/2003) |
| 02/27/2003 | 180 | OBJECTION by USA as to Philip A. Giordano to [178-1] motion for Order Permitting the United States Marshal to Transport the Defendant (Gutierrez, Y.) (Entered: 02/27/2003) |
| 02/27/2003 | 181 | Sealed document by Philip A. Giordano (document filed separate from the case file) - Unsealed See Doc #251 (Gutierrez, Y.) Modified on 06/30/2003 (Entered: 02/27/2003) |
| 02/27/2003 | 182 | PROPOSED Voir Dire Questions by USA as to Philip A. Giordano |

| | | |
|---|---|---|
| | | (Gutierrez, Y.) (Entered: 02/27/2003) |
| 02/27/2003 | 183 | Memorandum of Law on the Means & Methods of Presenting Testimony from a Child Witness by USA as to Philip A. Giordano (Gutierrez, Y.) (Entered: 02/27/2003) |
| 02/27/2003 | 184 | MOTION by Hartford Courant as to Philip A. Giordano for Reconsideration of [30-1] order dated 8/9/01 re: [8-1] motion to Vacate Order Sealing File (Gutierrez, Y.) (Entered: 02/27/2003) |
| 02/28/2003 | 185 | MOTION by Philip A. Giordano to Seal (Gutierrez, Y.) (Entered: 03/03/2003) |
| 02/28/2003 | 186 | Sealed document by Philip A. Giordano (document filed separate from the case file) - Unsealed See Doc #251 (Gutierrez, Y.) Modified on 06/30/2003 (Entered: 03/03/2003) |
| 02/28/2003 | 203 | Sealed document by Philip A. Giordano (document filed separate from the case file) - Unsealed See Doc #251 (Gutierrez, Y.) Modified on 06/30/2003 (Entered: 03/14/2003) |
| 03/03/2003 | 187 | MOTION by Philip A. Giordano to Dismiss , to Change Venue , to Postpone Jury Selection (Gutierrez, Y.) (Entered: 03/03/2003) |
| 03/03/2003 | 188 | MEMORANDUM by Philip A. Giordano in support of [187-1] motion to Dismiss, [187-2] motion to Change Venue, [187-3] motion to Postpone Jury Selection (Gutierrez, Y.) (Entered: 03/03/2003) |
| 03/04/2003 | 192 | Jury selection as to Philip A. Giordano held ( AHN) (Gutierrez, Y.) (Entered: 03/06/2003) |
| 03/04/2003 | | Voir dire begun as to Philip A. Giordano (1) count(s) 1s-2s, 3s, 4s-18s (Gutierrez, Y.) (Entered: 03/06/2003) |
| 03/05/2003 | 189 | MOTION by Philip A. Giordano to Seal (Montz, A.) (Entered: 03/05/2003) |
| 03/05/2003 | 190 | MOTION by USA as to Philip A. Giordano to Seal - Unsealed See Doc #251 (Gutierrez, Y.) Modified on 06/30/2003 (Entered: 03/06/2003) |
| 03/05/2003 | 191 | Sealed document by USA as to Philip A. Giordano (document filed separate from the case file) - Unsealed See Doc #251 (Gutierrez, Y.) Modified on 06/30/2003 (Entered: 03/06/2003) |
| 03/05/2003 | | ENDORSEMENT granting [190-1] motion to Seal as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Gutierrez, Y.) (Entered: 03/06/2003) |

| 03/05/2003 |  | ENDORSEMENT granting [191-1] seal document(s) as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Gutierrez, Y.) (Entered: 03/06/2003) |
|---|---|---|
| 03/05/2003 | 193 | Appearance for William Hoey by Attorney Maureen Duggan Regula (Gutierrez, Y.) (Entered: 03/06/2003) |
| 03/05/2003 | 194 | MOTION by William Hoey as to Philip A. Giordano for Protective Order Regarding confidential documents , to Quash Subpoena Duces Tecum (Gutierrez, Y.) (Entered: 03/06/2003) |
| 03/05/2003 |  | ENDORSEMENT denying [187-1] motion to Dismiss as to Philip A. Giordano (1), denying [187-2] motion to Change Venue as to Philip A. Giordano (1), denying [187-3] motion to Postpone Jury Selection as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Gutierrez, Y.) (Entered: 03/06/2003) |
| 03/05/2003 | 195 | Motion hearing held as to Philip A. Giordano re: [194-2] motion to Quash Subpoena Duces Tecum, [187-1] motion to Dismiss, [187-2] motion to Change Venue, [187-3] motion to Postpone Jury Selection, [185-1] motion to Seal, [178-1] motion for Order Permitting the United States Marshal to Transport the Defendant, [186-1] [177-1] [183-1], [191-1] Sealed Documents ( AHN) (Gutierrez, Y.) (Entered: 03/06/2003) |
| 03/05/2003 |  | Minute entry : [194-2] motion to Quash Subpoena Duces Tecum under advisement as to Philip A. Giordano (1), [181-1] seal document(s) under advisement as to Philip A. Giordano (1), granting [186-1] seal document(s) as to Philip A. Giordano (1), granting [185-1] motion to Seal as to Philip A. Giordano (1), [177-1] seal document(s) under advisement as to Philip A. Giordano (1), [178-1] motion for Order Permitting the United States Marshal to Transport the Defendant under advisement as to Philip A. Giordano (1), [183-1] under advisement as to Philip A. Giordano (1), (Gutierrez, Y.) (Entered: 03/06/2003) |
| 03/05/2003 | 196 | MOTION by USA as to Philip A. Giordano for Protective Order Regarding Jencks Act Material (Gutierrez, Y.) (Entered: 03/06/2003) |
| 03/05/2003 |  | ENDORSEMENT granting [196-1] motion for Protective Order Regarding Jencks Act Material as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Gutierrez, Y.) (Entered: 03/06/2003) |
| 03/05/2003 | 197 | PROTECTIVE ORDER as to Philip A. Giordano Re: Jencks Act Material ( Signed by Judge Alan H. Nevas ) (Gutierrez, Y.) (Entered: 03/06/2003) |
| 03/05/2003 |  | ENDORSEMENT as to Philip A. Giordano granting [185-1] motion |

| | | |
|---|---|---|
| | | to Seal ( Signed by Judge Alan H. Nevas ) (Gutierrez, Y.) (Entered: 03/06/2003) |
| 03/05/2003 | | ENDORSEMENT as to Philip A. Giordano re: Doc #186 ( Signed by Judge Alan H. Nevas ) (Gutierrez, Y.) (Entered: 03/06/2003) |
| 03/05/2003 | 202 | Sealed document by Philip A. Giordano (document filed separate from the case file) (Gutierrez, Y.) (Entered: 03/11/2003) |
| 03/07/2003 | | APPLICATION for WRIT of Habeas Corpus ad Testificandum by USA and writ issued as to Rhoden Jones to appear in Bridgaeport 3/17/03 @ 9:00 with order thereon. Original and two true attested copies handed USM for service. ( signed by Senior Judge Ellen Bree Burns ) (Jefferson, V.) (Entered: 03/07/2003) |
| 03/10/2003 | | ENDORSEMENT granting [194-1] motion for Protective Order Regarding confidential documents as to Philip A. Giordano (1), denying [194-2] motion to Quash Subpoena Duces Tecum as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Gutierrez, Y.) (Entered: 03/11/2003) |
| 03/10/2003 | 201 | Sealed document as to Philip A. Giordano (document filed separate from the case file) (Gutierrez, Y.) (Entered: 03/11/2003) |
| 03/11/2003 | 198 | Sealed document by USA as to Philip A. Giordano (document filed separate from the case file) (Gutierrez, Y.) (Entered: 03/11/2003) |

| | | |
|---|---|---|
| 03/11/2003 | 199 | PROPOSED Jury Instructions by Philip A. Giordano (Gutierrez, Y.) (Entered: 03/11/2003) |
| 03/11/2003 | | ENDORSEMENT granting [200-1] motion to Seal as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Gutierrez, Y.) (Entered: 03/11/2003) |
| 03/11/2003 | | ENDORSEMENT denying [177-1] seal document(s) as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Gutierrez, Y.) (Entered: 03/11/2003) |
| 03/12/2003 | 204 | JURY TRIAL as to Philip A. Giordano held Jury trial continued until 3/13/03 at 9:00 AHN (Gutierrez, Y.) (Entered: 03/14/2003) |
| 03/13/2003 | 205 | JURY TRIAL as to Philip A. Giordano held Jury trial continued until 3/14/03 at 9:00 AHN (Gutierrez, Y.) (Entered: 03/14/2003) |
| 03/13/2003 | | APPLICATION for WRIT of Habeas Corpus ad Testificandum by Philip A. Giordano and writ issued as to Rhoden Jones with order thereon. Original and two true attested copies handed USM for |

| | | |
|---|---|---|
| | | service. ( signed by Mag. Judge William I. Garfinkel ) (Gutierrez, Y.) (Entered: 03/14/2003) |
| 03/14/2003 | 206 | JURY TRIAL as to Philip A. Giordano held Jury trial continued until 3/17/03 at 9:00 AHN (Gutierrez, Y.) (Entered: 03/17/2003) |
| 03/17/2003 | 208 | JURY TRIAL as to Philip A. Giordano held Jury trial continued until 3/18/03 at 9:00 AHN (Gutierrez, Y.) (Entered: 03/19/2003) |
| 03/17/2003 | 210 | Memorandum re: the Use of Hearsay Statements of the Minor Victims by USA as to Philip A. Giordano (Gutierrez, Y.) (Entered: 03/19/2003) |
| 03/17/2003 | 211 | Objection & Memorandum Government's Oral Notice of its Intention to Offer into Evidence Hearsay Statements of the Minor Victims Alleged in Count 1 and 2 of the Indictment by Philip A. Giordano (Gutierrez, Y.) (Entered: 03/19/2003) |
| 03/18/2003 | 207 | PROPOSED Jury Instructions by USA as to Philip A. Giordano (Gutierrez, Y.) (Entered: 03/18/2003) |
| 03/18/2003 | 209 | MOTION by USA as to Philip A. Giordano for Proposed Limiting Instruction (Gutierrez, Y.) (Entered: 03/19/2003) |
| 03/18/2003 | 212 | JURY TRIAL as to Philip A. Giordano held Jury trial continued until 3/19/03 at 9:00 AHN (Gutierrez, Y.) (Entered: 03/19/2003) |
| 03/19/2003 | 213 | JURY TRIAL as to Philip A. Giordano held Jury trial continued until 3/20/03 @ 9:00 AM AHN (Barrille, J.) (Entered: 03/21/2003) |
| 03/19/2003 | 217 | Sealed document by Philip A. Giordano as to Philip A. Giordano (document filed separate from the case file) (Gutierrez, Y.) (Entered: 03/24/2003) |
| 03/19/2003 | 225 | MOTION by William Hoey as to Philip A. Giordano for Protective Order Regarding confidential record , to Quash (Gutierrez, Y.) (Entered: 03/27/2003) |
| 03/19/2003 | 226 | Appearance for Ken Mysogland, Melissa Bostrom by Attorney Maureen Duggan Regula (Gutierrez, Y.) (Entered: 03/27/2003) |
| 03/20/2003 | 214 | JURY TRIAL as to Philip A. Giordano held Jury trial continued until 3/21/03 @ 9:00 AM AHN (Barrille, J.) (Entered: 03/21/2003) |
| 03/20/2003 | | ENDORSEMENT denying as moot [225-1] motion for Protective Order Regarding confidential record as to , denying [225-2] motion to Quash as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Gutierrez, Y.) (Entered: 03/27/2003) |

| 03/21/2003 | 215 | JURY TRIAL as to Philip A. Giordano held Jury trial continued until 3/24/03 at 9:00 AHN (Gutierrez, Y.) (Entered: 03/24/2003) |
|---|---|---|
| 03/21/2003 | 216 | SUPPLEMENTAL Jury Instructions by Philip A. Giordano (Gutierrez, Y.) (Entered: 03/24/2003) |
| 03/24/2003 | 218 | JURY TRIAL as to Philip A. Giordano held Jury trial continued until 3/25/03 at 9:00 AHN (Gutierrez, Y.) (Entered: 03/25/2003) |
| 03/24/2003 | | MOTION in open court by Philip A. Giordano for Judgment of Acquittal (Gutierrez, Y.) (Entered: 03/25/2003) |
| 03/24/2003 | | Minute entry : denying oral motion for Judgment of Acquittal as to Philip A. Giordano (1) (Gutierrez, Y.) (Entered: 03/25/2003) |
| 03/24/2003 | 219 | Second Supplemental Jury Instructions by Philip A. Giordano (Gutierrez, Y.) (Entered: 03/25/2003) |
| 03/24/2003 | 220 | RESPONSE by USA as to Philip A. Giordano re [219-1] instructions jury by Philip A. Giordano, [216-1] instructions jury by Philip A. Giordano (Gutierrez, Y.) (Entered: 03/25/2003) |
| 03/24/2003 | 224 | Court's Proposed Jury Charge as to Philip A. Giordano (Gutierrez, Y.) (Entered: 03/27/2003) |
| 03/25/2003 | 221 | JURY TRIAL as to Philip A. Giordano held AHN (Gutierrez, Y.) (Entered: 03/26/2003) |
| 03/25/2003 | 222 | VERDICT Form Verdict of GUILTY: Philip A. Giordano (1) count(s) 1s-2s, 3s, 4s-18s Sentencing set for 9:00 6/13/03 for Philip A. Giordano (Gutierrez, Y.) (Entered: 03/26/2003) |
| 03/26/2003 | 223 | Sealed document (document filed separate from the case file) (Montz, A.) (Entered: 03/26/2003) |
| 03/28/2003 | | ENDORSEMENT denying as moot [178-1] motion for Order Permitting the United States Marshal to Transport the Defendant as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Gutierrez, Y.) (Entered: 03/28/2003) |
| 04/01/2003 | 227 | Marked Court Exhibit & Witness List (Gutierrez, Y.) (Entered: 04/01/2003) |
| 04/01/2003 | 228 | Marked Court Exhibit & Witness List (Gutierrez, Y.) (Entered: 04/01/2003) |
| 04/01/2003 | 229 | MOTION by Philip A. Giordano for Judgment of Acquittal (Gutierrez, Y.) (Entered: 04/01/2003) |

| 04/01/2003 | 230 | Marked Court Exhibit List (Gutierrez, Y.) (Entered: 04/15/2003) |
|---|---|---|
| 05/01/2003 | 232 | RESPONSE by USA as to Philip A. Giordano re [229-1] motion for Judgment of Acquittal (Gutierrez, Y.) (Entered: 05/01/2003) |
| 05/05/2003 | 233 | MOTION by Guitana M. Jones for Interim Payment (Barrille, J.) (Entered: 05/06/2003) |
| 05/07/2003 | 234 | SEALED ORDER as to Philip A. Giordano ( Signed by Judge Alan H. Nevas ) (Montz, A.) (Entered: 05/07/2003) |
| 05/13/2003 | 236 | TRANSCRIPT of Jury trial on 3/19/03 as to Philip A. Giordano ( Court Reporter: Susan E. Catucci) (Gutierrez, Y.) (Entered: 05/13/2003) |
| 05/22/2003 | 237 | TRANSCRIPT of Jury Trial on 3/18/03 as to Philip A. Giordano ( Court Reporter: Susan E. Catucci) (Gutierrez, Y.) (Entered: 05/22/2003) |
| 05/22/2003 | 238 | Sealed document as to Philip A. Giordano (document filed separate from the case file) (Gutierrez, Y.) (Entered: 05/22/2003) |
| 05/22/2003 | | ENDORSEMENT granting [233-1] motion for Interim Payment as to Guitana M. Jones (2) ( Signed by Judge Alan H. Nevas ) (Montz, A.) (Entered: 05/23/2003) |
| 05/27/2003 | 239 | MOTION by Philip A. Giordano to Extend Time to 5/30/03 to file an objection to the Presentence Report (Gutierrez, Y.) (Entered: 05/27/2003) |
| 05/28/2003 | | ENDORSEMENT granting [239-1] motion to Extend Time to 5/30/03 to file an objection to the Presentence Report as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Gutierrez, Y.) (Entered: 05/29/2003) |
| 06/05/2003 | 240 | TRANSCRIPT of Jury Trial held on 3/12/03 as to Philip A. Giordano ( Court Reporter: James A. Scally) (Gutierrez, Y.) (Entered: 06/09/2003) |
| 06/10/2003 | 241 | TRANSCRIPT of Jury Trial held on 3/17/03 as to Philip A. Giordano ( Court Reporter: James A. Scally) (Gutierrez, Y.) (Entered: 06/10/2003) |
| 06/10/2003 | 242 | TRANSCRIPT of Jury Trial held on 3/14/03 as to Philip A. Giordano ( Court Reporter: James A. Scally) (Gutierrez, Y.) (Entered: 06/10/2003) |
| 06/10/2003 | 243 | TRANSCRIPT of Jury Trial held on 3/13/03 as to Philip A. Giordano ( Court Reporter: James A. Scally) (Gutierrez, Y.) (Entered: |

| | | 06/10/2003 |
|---|---|---|
| 06/10/2003 | 244 | TRANSCRIPT of Jury Trial held on 3/12/03 as to Philip A. Giordano ( Court Reporter: James A. Scally) (Gutierrez, Y.) (Entered: 06/10/2003) |
| 06/12/2003 | 245 | SEALED TRANSCRIPT of proceedings held on 11/8/01 as to Philip A. Giordano ( Court Reporter: Wendy J. Allen) (Barrille, J.) (Entered: 06/12/2003) |
| 06/12/2003 | 246 | MOTION by Philip A. Giordano for Leave to File sealed document (Barrille, J.) (Entered: 06/12/2003) |
| 06/12/2003 | 247 | Sealed document by Philip A. Giordano (document filed separate from the case file) (Barrille, J.) (Entered: 06/12/2003) |
| 06/12/2003 | 248 | RULING denying [229-1] motion for Judgment of Acquittal as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 06/12/2003) |
| 06/12/2003 | 249 | SENTENCING MEMORANDUM by USA as to Philip A. Giordano (Barrille, J.) (Entered: 06/12/2003) |
| 06/12/2003 | 250 | MOTION by USA as to Philip A. Giordano pursuant to Section 5K1.1 (Barrille, J.) (Entered: 06/12/2003) |
| 06/12/2003 | 251 | FOURTH MOTION by USA as to Philip A. Giordano regarding sealed filings (Barrille, J.) (Entered: 06/12/2003) |
| 06/12/2003 | 252 | Sealed document by USA as to Philip A. Giordano (document filed separate from the case file) (Barrille, J.) (Entered: 06/12/2003) |
| 06/12/2003 | 253 | Sealed document by USA as to Philip A. Giordano (document filed separate from the case file) (Barrille, J.) (Entered: 06/12/2003) |
| 06/12/2003 | 254 | Sealed document by USA as to Philip A. Giordano (document filed separate from the case file) (Barrille, J.) (Entered: 06/12/2003) |
| 06/12/2003 | 255 | Sealed document by USA as to Philip A. Giordano (document filed separate from the case file) (Barrille, J.) (Entered: 06/12/2003) |
| 06/12/2003 | 256 | Sealed document by USA as to Philip A. Giordano (document filed separate from the case file) (Barrille, J.) (Entered: 06/12/2003) |
| 06/12/2003 | 257 | Sealed document by USA as to Philip A. Giordano (document filed separate from the case file) (Barrille, J.) (Entered: 06/12/2003) |
| 06/13/2003 | 258 | MOTION by Philip A. Giordano to Proceed in Forma Pauperis (Barrille, J.) (Entered: 06/13/2003) |

| 06/13/2003 | 259 | CJA 23 FINANCIAL AFFIDAVIT by Philip A. Giordano (Barrille, J.) (Entered: 06/13/2003) |
|---|---|---|
| 06/13/2003 | 260 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Philip A. Giordano PSI may be unsealed and returned to US Probation Office after 10 days if no appeal has been filed. (document filed separate from case file) (Barrille, J.) (Entered: 06/13/2003) |
| 06/13/2003 |  | ENDORSEMENT granting [250-1] motion pursuant to Section 5K1.1 as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 06/13/2003) |
| 06/13/2003 |  | ENDORSEMENT granting [251-1] motion regarding sealed filings as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 06/13/2003) |
| 06/13/2003 | 261 | MOTION by USA as to Philip A. Giordano to Dismiss Count Ten of the Superseding Indictment (Barrille, J.) (Entered: 06/13/2003) |
| 06/13/2003 |  | ENDORSEMENT granting [261-1] motion to Dismiss Count Ten of the Superseding Indictment as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 06/13/2003) |
| 06/13/2003 |  | DISMISSAL of Count(s) Counts Dismissed: Philip A. Giordano (1) count(s) 10s (Barrille, J.) (Entered: 06/13/2003) |
| 06/13/2003 |  | DISMISSAL of Count(s) Dismissed: Philip A. Giordano (1) count(s) 1-2, 3 (Barrille, J.) (Entered: 06/19/2003) |
| 06/13/2003 |  | DISMISSAL of Count(s) Counts Dismissed: Philip A. Giordano (1) count(s) 4-14 (Barrille, J.) (Entered: 06/19/2003) |
| 06/13/2003 | 263 | Sentencing held Philip A. Giordano (1) count(s) 1s-2s, 3s, 4s-9s, 11s-18s ( AHN ) (Barrille, J.) (Entered: 06/19/2003) |
| 06/13/2003 | 264 | JUDGMENT as to Philip A. Giordano (1) count(s) 1s-2s, 3s , 4s -9s , 11s -18s . Defendant was found guilty on counts 1-9, 11-18 after a plea of not guilty. Defendant shall be imprisoned for a term of 444 months on Count 1, 444 months on Count 2 to be served concurrently to sentence imposed on Count 1; 60 months on Count 3 to run concurrently to sentence imposed on Count 1; 60 months each on counts 4,5,6,7,8,9,11,12,13,14,15,16,17,18 to run concurrently to sentence imposed on Count 1. Defendant shall receive credit for time served from 7/26/01. Upon release from custody, defendant shall be on supervised release for a term of 5 years each on counts 1 and 2 and 3 years each as to Counts 3-9 & 11-18 to be served concurrently to Counts 1 and 2. Defendant is remanded to the custody of the U.S. Marshal. Count 10 is dismissed on the motion of the United States. It |

| | | |
|---|---|---|
| | | is ordered that defendant shall pay a Special Assessment of $1,700 for counts 1-9 & 11-18 which shall be due immediately. ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 06/19/2003) |
| 06/16/2003 | 262 | TRANSCRIPT of Sentencing held on 6/13/03 as to Philip A. Giordano ( Court Reporter: Susan E. Catucci) (Barrille, J.) (Entered: 06/17/2003) |
| 06/16/2003 | | ENDORSEMENT granting [258-1] motion to Proceed in Forma Pauperis as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 06/17/2003) |
| 06/16/2003 | | ENDORSEMENT granting [246-1] motion for Leave to File sealed document as to Philip A. Giordano (1) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 06/18/2003) |
| 06/19/2003 | 281 | NOTICE OF APPEAL. Philip A. Giordano (1) count(s) 1s-2s, 3s, 4s-9s, 11s-18s Certified copy of Appeal and Docket mailed to USCA. (Gutierrez, Y.) (Entered: 10/09/2003) |
| 06/20/2003 | 265 | TRANSCRIPT of Trial held on 3/20/03 as to Philip A. Giordano ( Court Reporter: Wendy J. Allen) (Barrille, J.) (Entered: 06/23/2003) |
| 06/20/2003 | 266 | TRANSCRIPT of Trial held on 3/21/03 as to Philip A. Giordano ( Court Reporter: Wendy J. Allen) (Barrille, J.) (Entered: 06/23/2003) |
| 06/20/2003 | 267 | TRANSCRIPT of Trial held on 3/24/03 as to Philip A. Giordano ( Court Reporter: Wendy J. Allen) (Barrille, J.) (Entered: 06/23/2003) |
| 06/20/2003 | 268 | TRANSCRIPT of Trial held on 3/25/03 as to Philip A. Giordano ( Court Reporter: Wendy J. Allen) (Barrille, J.) (Entered: 06/23/2003) |
| 06/25/2003 | | Pre Sentence Report returned to U.S. Probation Office as to Philip A. Giordano (Barrille, J.) (Entered: 06/25/2003) |
| 06/26/2003 | 269 | AMENDED JUDGMENT: Philip A. Giordano (1) count(s) 1s-2s, 3s , 4s -9s , 11s -18s . Defendant was found guilty on counts 1-9, 11-18 after a plea of not guilty. Defendant shall be imprisoned for a term of 444 months on Count 1, 444 months on Count 2 to be served concurrently to sentence imposed on Count 1; 60 months on Count 3 to run concurrently to sentence imposed on Count 1; 60 months each on counts 4,5,6,7,8,9,11,12,13,14,15,16,17,18 to run concurrently to sentence imposed on Count 1. Defendant shall receive credit for time served from 7/26/01. Upon release from custody, defendant shall be on supervised release for a term of 5 years each on counts 1 and 2 and 3 years each as to Counts 3-9 & 11-18 to be served concurrently to Counts 1 and 2. Defendant is remanded to the custody of the U.S. Marshal. Count 10 is dismissed on the motion of the United States. It is ordered that defendant shall pay a Special Assessment of $1,700 for |

| | | |
|---|---|---|
| | | counts 1-9 & 11-18 which shall be due immediately. AMENDED JUDGMENT dated 1/26/03 Conditions of Supervised Release Moditfied - 1,2, 7 & 8. In all other respects the Original Judgment remains the same. ( Signed by Judge Alan H. Nevas ) (Gutierrez, Y.) Modified on 06/30/2003 (Entered: 06/30/2003) |
| 06/30/2003 | 270 | Acknowledged Receipt of Pre Sentence Report as to Philip A. Giordano (Gutierrez, Y.) (Entered: 06/30/2003) |
| 07/07/2003 | 271 | Acknowledged Receipt of Notice of Appeal as to Philip A. Giordano (Fazekas, J.) (Entered: 07/07/2003) |
| 07/25/2003 | 272 | TRANSCRIPT of Motion on 9/12/02 as to Philip A. Giordano ( Court Reporter: Susan E. Catucci) (Gutierrez, Y.) (Entered: 07/28/2003) |
| 08/12/2003 | | INDEX to Record on Appeal mailed to USCA as to Philip A. Giordano re: [269-1] appeal by Philip A. Giordano (Fazekas, J.) (Entered: 08/21/2003) |
| 08/13/2003 | 278 | Scheduling Order from USCA as to Philip A. Giordano [269-1] appeal USCA Number: 03-1394 (Fazekas, J.) (Entered: 08/22/2003) |
| 08/18/2003 | 273 | TRANSCRIPT of Initial Presentment/Arraignment held on 2/6/03 as to Philip A. Giordano ( Court Reporter: Bowles Reporting Service) (Gutierrez, Y.) (Entered: 08/18/2003) |
| 08/18/2003 | 274 | TRANSCRIPT of Hearing on Motion for Child Testimony held on 2/12/03 as to Philip A. Giordano ( Court Reporter: Bowles Reporting Service) (Gutierrez, Y.) (Entered: 08/18/2003) |
| 08/18/2003 | 275 | TRANSCRIPT of Jury Selection held on 3/4/03 as to Philip A. Giordano ( Court Reporter: Bowles Reporting Service) (Gutierrez, Y.) (Entered: 08/18/2003) |
| 08/18/2003 | 276 | TRANSCRIPT of Hearing of Pending Motions held on 3/5/03 as to Philip A. Giordano ( Court Reporter: Bowles Reporting Service) (Gutierrez, Y.) (Entered: 08/18/2003) |
| 08/18/2003 | 277 | SEALED TRANSCRIPT of proceedings held on 2/12/03 as to Philip A. Giordano ( Court Reporter: Bowles Reporting Svc.) (Barrille, J.) (Entered: 08/19/2003) |
| 09/10/2003 | 279 | ACKNOWLEDGED receipt of Index to Record on Appeal at USCA on 8/26/03 as to Philip A. Giordano re: [269-1] appeal by Philip A. Giordano USCA Number: 03-1394 (Fazekas, J.) (Entered: 09/10/2003) |
| 09/23/2003 | | CJA 20 as to Guitana M. Jones Authorization to Pay Richard Reeve, Esq. $ 8,330.55 Voucher # 030731000014 [235-1] CJA appointment. |

| | | Interim #1 payment. Certified by USCA. ( Signed by Judge Alan H. Nevas ) (Villano, P.) (Entered: 10/07/2003) |
|---|---|---|
| 09/23/2003 | | CJA 20 as to Guitana M. Jones Authorization to Pay Richard Reeve, Esq. $ 10,373.07 Voucher # 030731000013 [235-1] CJA appointment. Interim #1 payment. Certified by USCA. ( Signed by Judge Alan H. Nevas ) (Villano, P.) (Entered: 10/07/2003) |
| 10/07/2003 | 280 | SENTENCING MEMORANDUM by Guitana M. Jones (Gutierrez, Y.) (Entered: 10/08/2003) |
| 10/17/2003 | 282 | Minute Entry for proceedings held before Judge Alan H. Nevas :Sentencing held on 10/17/2003 (Court Reporter Baldwin.) (Montz, A.) (Entered: 10/22/2003) |
| 10/17/2003 | 283 | MOTION to Dismiss Counts 5,7 and 9-14 by USA as to Guitana M. Jones. (Montz, A.) (Entered: 10/22/2003) |

| 10/17/2003 | 284 | ORDER granting 283 Motion to Dismiss as to Guitana M. Jones (2). Signed by Judge Alan H. Nevas on 10/17/03. (Montz, A.) (Entered: 10/22/2003) |
|---|---|---|