**Exhibit C**

General Docket
US Court of Appeals for the Second Circuit

INDIV

1 N

Court of Appeals Docket #: 03-1394                    Filed: 6/26/03
Nsuit:    0
USA v. Giordano
Appeal from: U.S. District Court    CTDC

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Case type information:
     1) Criminal
     2) Appeal of Conviction
     3) none
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

     District: 0205-03: 01-cr-216
     Trial Judge: Alan H. Nevas
     Date Filed: 10/26/01
     Date order/judgment: 6/13/03
     Date NOA filed: 6/19/03
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: due

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
   None
Current cases:
   None
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Panel Assignment:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Docket as of September 16, 2003 1:37 am                 Page 1

INDIV

1 N

03-1394   USA v. Giordano

```
UNITED STATES OF AMERICA          Peter S. Jongbloed, Esq.
     Appellee                     203-821-3746
                                  [COR LD NTC ret]
                                  U.S. Attorney's Office
                                  District of Connecticut
                                  157 Church St.
                                  New Haven, CT 06510


-------------------------

PHILIP A. GIORDANO                Andrew B. Bowman, Esq.
     Defendant - Appellant        203-259-0599
                                  [COR LD NTC ret]
                                  Law Office of
                                  Andrew B. Bowman, Esq.
                                  1804 Post Rd. E.
                                  Westport, CT 06880

Docket as of September 16, 2003 1:37 am                 Page 2

                                                              INDIV

1 N



03-1394  USA v. Giordano

Official Caption 1/
------------------
Docket No. [s] : 03-1394

UNITED STATES OF AMERICA,

               Appellee,


v.


PHILIP A. GIORDANO,

               Defendant-Appellant.

------------------
```

Authorized Abbreviated Caption 2/
------------------
Docket No. [s] : 03-1394
USA v. Giordano
------------------


--------------------------------------------
1/ Fed. R. App. P. Rule 12 [a] and 32 [a].
2/ For use on correspondence and motions only.

Docket as of September 16, 2003 1:37 am                    Page 3

                                                        INDIV

    1 N



03-1394   USA v. Giordano

6/26/03          Copy of notice of appeal and district court docket
entries on behalf of Appellant Philip A. Giordano filed. [03-1394]
(cr17)

6/30/03          Copy of Court Reporter Acknowledgment filed.(cr17)

7/31/03          Scheduling order #1 filed, noting that: Andrew B.
Bowman is counsel of record  for: Philip A. Giordano Record on
appeal due on 8/20/03. Appellant's brief and appendix due on
9/19/03. Appellee's brief due on 10/20/03. Response to Anders brief
due on 10/3/03. Argument as early as the week of 12/1/03. (cr17)

7/31/03          Notice to counsel re: Criminal Scheduling Order
issued on 7/31/03. (cr17)

8/25/03          Record on appeal (Giordano) index in lieu of
record filed. (cr17)

9/5/03           Appellant Philip A. Giordano motion to extend time
to file brief FILED (w/pfs). [2422315-1]  (to AA) (cr17)

9/10/03          Order FILED GRANTING motion for extended time to
file appellant's brief [2422315-1] by Appellant Philip A. Giordano,
endorsed on motion form dated 9/5/03. Extended appellant's brief

due date is 12/19/03. Extended appellee's brief due date is
1/20/04. Extended argument week as early as 3/1/04.  (by AH) (cr17)

9/10/03          Notice to counsel re: Motion order issued on
9/10/03. (cr17)

Docket as of September 16, 2003 1:37 am          Page 4