UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUGENE PANECCASIO, : | |
| : | |
| Plaintiff : | |
| : | DOCKET NO. 3:01CV2065 (CFD) |
| v. : | |
| : | |
| UNISOURCE WORLDWIDE, INC., : | |
| GEORGIA-PACIFIC CORPORATION, : | |
| ALCO STANDARD CORPORATION, : | |
| IKON OFFICE SOLUTIONS, INC., : | |
| THE BOARD OF DIRECTORS OF IKON : | |
| OFFICE SOLUTIONS, INC., Individually and : | |
| as Fiduciaries, and W. J. HOPE, Jr., : | |
| Individually and as Administrator and : | |
| Fiduciary of the 1991 IKON OFFICE : | |
| SOLUTIONS INC. DEFERRED : | |
| COMPENSATION PLAN, : | |
| : | |
| Defendants. : | NOVEMBER 24, 2003 |

## MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTIONS

Pursuant to Rule 7 of the Local Rules of this Court, Defendants IKON Office Solutions, Alco Standard Corporation, the Board of Directors of IKON Office Solutions, Inc., and W. J. Hope, Jr. (collectively the "IKON Defendants") respectfully request an extension of time with respect to the December 1, 2003 deadline for filing summary judgment motions. Currently pending before the Court are a number of motions relating to discovery matters, including a motion filed by Plaintiff requesting an extension of all deadlines. Given the

approaching December 1, 2003 deadline for motions for summary judgment, the IKON Defendants request that the Court grant an extension of this deadline as it applies to all parties until the pending discovery motions are resolved, and, at that point, set an appropriate deadline in light of the Court's ruling.

    The undersigned represents that counsel for the IKON Defendants has conferred with all counsel for Plaintiff and the Unisource Defendants, who indicated that they consent to the extension. This is the IKON Defendants' first request for an extension of this time limitation.

Respectfully submitted,

*/s/ Paul Fahey*

Kay Kyungsun Yu (ct13440)
Joseph J. Costello
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, Pennsylvania 19103-2921
215.963.5000

Robert L. Wyld (ct04333)
Patrick M. Fahey (ct13862)
Shipman & Goodwin LLP
1 American Row
Hartford, Connecticut 06103
860.251.5000

Attorneys for Defendants IKON Office Solutions, Inc., Alco Standard Corporation, the Board of Directors of IKON Office Solutions, Inc., and W. J. Hope, Jr.

OF COUNSEL:

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing IKON Defendants' Motion for Extension of Time to File Summary Judgment Motions was served via First-Class, United States mail on this 24th day of November, 2003 as follows:

    Andrew B. Bowman, Esq.
    1804 Post Road East
    Westport, CT  06880

    Rayne Rasty, Esq.
    Georgia-Pacific Corporation
    133 Peachtree Street NE
    Atlanta, GA  30303-1847

    Felix J. Springer, Esq.
    Jennifer L. Sachs, Esq.
    Day, Berry & Howard
    CityPlace 1
    Hartford, CT  06103-3499

                           */s/ Patrick M. Fahey*
                           Patrick M. Fahey

1-PH/1921435.1