UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUGENE PANECCASIO,<br>Plaintiff<br><br>v.<br><br>UNISOURCE WORLDWIDE, INC.,<br>ET AL.,<br>Defendants. | :<br>:<br>:<br>:<br>: Civil Action No.<br>: 3:01 CV 2065 (CFD)<br>:<br>:<br>: |

FILED

2004 FEB 24  P 5: 0

U.S. DISTRICT COURT
HARTFORD, CT.

## RULING

Pending before the Court are the following motions: defendants' motion to quash [Doc. #41], plaintiff's motion for extension of time [Doc. #43], and defendants' motion for extension of time [Doc. #47].

Defendants' motion to quash [Doc. #41] is DENIED. Plaintiff's motion for extension of time [Doc. #43] is GRANTED, AS MODIFIED: discovery by all parties must be completed by April 30, 2004. Defendants' motion for extension of time [Doc. #47] is GRANTED, AS MODIFIED: the parties shall have sixty days following the close of discovery to file dispositive motions.

SO ORDERED this 24th day of February 2004, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

1