# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUGENE PANECCASIO, | ) |
| | ) Civil Action No. 3:01 CV 2065 (CFD) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNISOURCE WORLDWIDE, INC., | ) |
| GEORGIA-PACIFIC CORPORATION, | ) |
| ALCO STANDARD CORPORATION, and | ) |
| IKON OFFICE SOLUTIONS, INC., | ) |
| | ) |
| Defendants. | ) October 29, 2004 |

## **UNISOURCE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and the Local Rules of this Court, Defendants Unisource Worldwide, Inc. and Georgia-Pacific Corporation ("Unisource Defendants") respectfully file this Motion For Summary Judgment.  In support of this Motion, Defendants respectfully submit a Memorandum of Law in Support of Their Motion for Summary Judgment and a Local Rule 56(a)(1) Statement of Undisputed Facts, with supporting exhibits.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

Respectfully submitted,

UNISOURCE WORLDWIDE, INC.
GEORGIA-PACIFIC CORPORATION

_____
Felix J. Springer (ct 05700)
Jennifer L. Sachs (ct 20684)
Day, Berry & Howard, LLP
CityPlace I
Hartford, CT  06103-3499
Tel:  860/275-0100
Fax: 860/275-0343
E-mail: fjspringer@dbh.com
           jlsachs@dbh.com

Rayne Rasty (ct 24918)
Georgia-Pacific Corporation
133 Peachtree St. NE
Atlanta, GA  30303
Tel:  404/652-4972
Fax:  404/584-1461
E-mail:  rmrasty@gapac.com

## **CERTIFICATE OF SERVICE**

      This is to certify that on this date, I served a copy of the foregoing via first-class mail, postage prepaid to:

      Andrew B. Bowman, Esq.
      1804 Post Road East
      Westport, CT 06880

      Kay Kyungsun Yu
      Pepper Hamilton LLP
      3000 Two Logan Square
      Eighteenth and Arch Streets
      Philadelphia, PA 19103

      Robert L. Wyld
      Patrick Fahey
      Shipman & Goodwin
      1 American Row
      Hartford, CT  06103

      _____

      Felix J. Springer