# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUGENE PANECCASIO, | ) |
| | ) Civil Action No. 3:01 CV 2065 (CFD) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNISOURCE WORLDWIDE, INC., | ) |
| GEORGIA-PACIFIC CORPORATION, ALCO | ) |
| STANDARD CORPORATION, and IKON | ) |
| OFFICE SOLUTIONS, INC., | ) |
| | ) |
| Defendants. | ) October 29, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that Defendants, Unisource Worldwide, Inc. Georgia-Pacific Corporation has manually filed the following document or thing:

Exhibits 1 through 3 to Unisource Defendants' Memorandum In Support of Their Motion For Summary Judgment.

This document has not been filed electronically because

☐ the document or thing cannot be converted to an electronic format
☒ the electronic file size of the document exceeds 1.5 megabytes
☐ the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

-2-

        Respectfully submitted,

        _____
        Felix J. Springer (ct 05700)
        Jennifer L. Sachs (ct 20684)
        Day, Berry & Howard LLP
        CityPlace I
        Hartford, Connecticut 06103-3499
        (860) 275-0100
        (860) 275-0343 (fax)
        E-mail: fjspringer@dbh.com
        jlsachs@dbh.com

## CERTIFICATE OF SERVICE

This is to certify that on this date, I served a copy of the foregoing via first-class mail, postage prepaid to:

> Andrew B. Bowman, Esq.
> 1804 Post Road East
> Westport, CT 06880
>
> Kay Kyungsun Yu, Esq.
> Pepper Hamilton LLP
> 3000 Two Logan Square
> Eighteenth and Arch Streets
> Philadelphia, PA 19103
>
> Robert L. Wyld
> Patrick Fahey
> Shipman & Goodwin
> 1 American Row
> Hartford, CT  06103

_____
Felix J. Springer