IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUGENE PANECCASIO : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | NO. 3:01CV2065(CFD) |
| : | |
| UNISOURCE WORLDWIDE, INC., et al. : | |
| : | |
| Defendants : | October 29, 2004 |
| : | |

**APPENDIX TO THE IKON DEFENDANTS' LOCAL
RULE 56(a)(1) STATEMENT**

1. Declaration of Walter J. Hope, Jr.

2. Documents numbered PANE 594-600, PANE 1156-59

3. Documents numbered IKCP 76-189

4. Excerpts from Deposition Transcript of Eugene Paneccasio

5. Excerpts from Deposition Transcript of Walter J. Hope, Jr.

6. EEOC Dismissal and Notice of Rights dated August 9, 2001