UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUGENE PANECCASIO, | : |
| Plaintiff, | : |
| VS. | : DOCKET NO: 3:01CV2065(CFD) |
| UNISOURCE WORLDWIDE, INC., GEORGIA-PACIFIC CORPORATION, ALCO STANDARD CORPORATION AND IKON OFFICE SOLUTIONS, INC. | : : |
| Defendants | : FEBRUARY 8, 2005 |

**PLAINTIFF'S STATUS REPORT**

Pursuant to the Order of this Court dated January 21, 2005, plaintiff submits the following status report:

**A. Nature of the Case**

1. This case alleges discrimination under the Age Discrimination in Employment Act (ADEA) and the Employee Retirement Income Security Act (ERISA). This case involves claims against Unisource Worldwide, Inc. and IKON Office Solutions, Inc., et al. There is another action which was consolidated for discovery purposes only

entitled <u>William Callahan vs. Unisource Worldwide and Ikon Offices Solutions, Inc.</u>, Docket No: 3:01CV1205(CFD)

2. There are summary judgment motions pending brought by Unisource and Georgia Pacific as well as IKON and related defendants. Ikon has been granted an extension of time to file their response to plaintiff's replies to the Motion for Summary Judgment until 2/18/05.

3. This matter is claimed for a jury trial.

**B. Discovery**

Discovery has been completed.

**C. Settlement**

There has never been a settlement conference. In behalf of the plaintiff, I have never objected to a settlement conference, but I do not know what the attitude of the defendants is at this time. The summary judgment motions have been extensively briefed.

**D. Trial Preparation**

1. The case will be ready for trial 60 days after decision on the outstanding motions for summary judgment.

                    THE PLAINTIFF,
                    EUGENE PANECCASIO


                    BY_____
                      ANDREW B. BOWMAN
                      Federal Bar No: ct00122
                      1804 Post Road East
                      Westport, CT 06880
                      (203) 259-0599
                      (203) 255-2570 (Fax)

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 8th day of February, 2005 to:

Felix J. Springer
Jennifer L. Sachs
Day, Berry & Howard
CityPlace 1
Hartford, CT 06103-3499

Kay Kyungsun Yu, Esq.
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103

Rayne Rasty, Esq.
Georgia-Pacific Corporation
133 Peachtree St. NE
Atlanta, GA 30303

Robert L. Wyld, Esq.
Patrick Fahey, Esq.
Shipman & Goodwin
1 American Row
Hartford, CT 06103

Joseph J. Costello, Esq.
Morgan Lewis
1701 Market Place
Philadelphia PA 19103-2921

_____
ANDREW B. BOWMAN

4