IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUGENE PANECCASIO | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 3:01CV2065(CFD) |
| | : | |
| UNISOURCE WORLDWIDE, INC., et al. | : | |
| | : | |
| Defendants | : | February 9, 2005 |
| | : | |

## DEFENDANTS' JOINT STATUS REPORT

Pursuant to the Court's Order dated January 21, 2005, the defendants, by their attorneys, hereby submit this joint status report concerning the above-captioned action.

A. <u>Nature of the Case</u>

1. Briefly describe the nature of this matter, the parties, the relief requested, and any relationship this case may have to other pending actions.

   > In his Complaint, Plaintiff Eugene Paneccasio alleges that Defendants discriminated against him because of his age in violation of the Age Discrimination in Employment Act ("ADEA") by terminating the IKON Office Solutions, Inc. 1991 Deferred Compensation Plan (the "Plan"). Plaintiff further alleges that Defendants violated the Employee Retirement Income Security Act ("ERISA"). Plaintiff seeks relief in the amount of benefits that would have been payable under the Plan had the Plan not been terminated. This matter was consolidated with <u>Callahan v. Unisource Worldwide, Inc.</u>, Civil Action No. 3:01CV1205(CFD) for discovery purposes only.

2. Are there any motion spending? If so, list them.

   > The Motions for Summary Judgment of the Unisource Defendants and the IKON Defendants are currently pending.

3. Will this matter be tried to a jury or to the court? If it will be tried partially to each, explain.

       Plaintiff has demanded a trial by jury. However, there is no right to a trial by jury with respect to Plaintiff's claims under ERISA and, therefore, only Plaintiff's ADEA claim can be tried by a jury.

B. <u>Discovery</u>

1. Is discovery completed? If not, how much additional time is requested? Will there be a request for a modification of the Scheduling Order? What will be the request?

       Discovery has been completed.

C. <u>Settlement</u>

1. When was the last settlement conference and who conducted it?

       No settlement conference has been conducted to date.

2. Are there any outstanding reports due any party or the person conducting the settlement conference?

       No.

3. Do the parties believe a settlement conference would be beneficial at this time?

       The defendants have never received a demand from the plaintiff and therefore cannot assess whether a settlement conference would be beneficial at this time.

D. <u>Trial Preparation</u>

1. When will the case be ready for trial

       90 days after the Court's decision on all motions for summary judgment.

2. What additional preparation, other than that previously discussed, is required?

       The parties are not aware of any additional preparation that would be required at this time.

3. Are there additional pleadings to be filed? If so, state their nature.

       No.

4. Has a joint trial memorandum been filed? If not, when is it due?

   No.  The joint trial memorandum is due 60 days after the Court's decision on all motions for summary judgment.

             Respectfully submitted,

             _____
             Kay Kyungsun Yu
             Federal Bar No. ct13440
             Pepper Hamilton LLP
             3000 Two Logan Square
             Eighteenth & Arch Streets
             Philadelphia, PA  19103-2799
             (215) 981-4188 Telephone
             (215) 689-4515 Facsimile

OF COUNSEL:         Joseph J. Costello
             Morgan Lewis & Bockius LLP
             1701 Market Street
             Philadelphia, PA 19103-2921
             (215) 963-5295

LOCAL COUNSEL:       Robert L. Wyld
             Federal Bar No. ct04333
             Patrick M. Fahey
             Federal Bar No. ct13872
             Shipman & Goodwin
             One Constitution Plaza
             Hartford, Connecticut 06103
             (860) 251-5620/5824

             For the IKON Defendants

_____
Felix J. Springer
Federal Bar No. ct05700
Jennifer L. Sachs
Federal Bar No. ct20684
Day, Berry & Howard, LLP
CityPlace I
Hartford, CT  06103-3499
(860) 275-0100 Telephone
(860) 275-0343 Facsimile

Rayne Rasty
Federal Bar No. ct24918
Georgia-Pacific Corporation
133 Peachtree St. NE
Atlanta, GA  30303
(404) 652-4972

For the Unisource Defendants

## CERTIFICATE OF SERVICE

This is to certify that on this date, I served a copy of the foregoing via first-class mail, postage prepaid to:

    Andrew B. Bowman, Esq.
    1804 Post Road East
    Westport, CT 06880

    Joseph J. Costello, Esq.
    Morgan, Lewis & Bockius LLP
    1701 Market Street
    Philadelphia, PA 19103-2921

    Kay Kyungsun Yu, Esq.
    Pepper Hamilton LLP
    3000 Two Logan Square
    Eighteenth and Arch Streets
    Philadelphia, PA 19103

    Robert L. Wyld, Esq.
    Patrick Fahey, Esq.
    Shipman & Goodwin
    One Constitution Plaza
    Hartford, CT  06103

    _____
    Jennifer L. Sachs