# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUGENE PANECASSIO, | : |
|     Plaintiff, | : |
| | : |
| v. | : Civil Action No. 3:01CV2065 (CFD) |
| | : |
| UNISOURCE WORLDWIDE, INC., et al., | : |
|     Defendants. | : |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_\_  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_  A recommended ruling on the following motions which are currently pending: (orefm.)

\_\_\_\_  A ruling on the following motion which is currently pending: (orefm.)

_X_   A settlement conference (orefmisc./cnf)

\_\_\_\_  A conference to discuss and approve the following: (orefmisc./cnf)

\_\_\_\_  Other: (orefmisc./misc) _____

SO ORDERED this 25th day of April, 2005 at Hartford, Connecticut.

                                                              /s/ CFD_____
                                                            Christopher F. Droney
                                                            United States District Judge