UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUGENE PANECASSIO | : | |
| v. | : | CASE NO. 3:01CV2065(CFD) |
| | : | |
| UNISOURCE WORLDWIDE, INC.<br>GEORGIA-PACIFIC CORP.<br>IKON OFFICE SOLUTIONS, INC.<br>BOARD OF DIRECTOR<br>W.J. HOPE, JR. | : | |

## **JUDGMENT**

This action having come on for consideration of the defendants' motions for summary judgment before the Honorable Christopher F. Droney, United States District Judge, and

The Court having considered the full record of the case including applicable principles of law, and having filed a Ruling on July 26, 2006 granting the motions, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 31st day of July, 2006.

KEVIN F. ROWE, Clerk

By /s/ Devorah Johnson
    Devorah Johnson
    Deputy Clerk