UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Eugene Panecassio
_____

         v.                        CIVIL CASE NO. 3:01CV2065(CFD)

Unisource Worldwide, Inc., et al
_____

### NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __Eugene Panecassio__ hereby gives notice and
                                          (appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach a copy of the Judgment or Order):

Judgment for defendants on motions for summary judgment.
_____

_____

2. The Judgment /Order in this action was entered on __7/31/06__.
                                                          (date)

*[Signature]*
Signature

Andrew B. Bowman
Print Name

1804 Post Road East

Westport, CT 06880
Address

(203) 259-0599
Telephone Number

Date: __8/21/06__

**Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).**

rev. 7/02