UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUGENE PANECCASIO | : | |
| PLAINTIFF | : | |
| VS. | : | DOCKET NO: 3:01CV2065(CFD)<br>USCA: 06-3950-CV |
| UNISOURCE WORLDWIDE, INC.,<br>GEORGIA-PACIFIC CORPORATION,<br>ALCO STANDARD CORPORATION<br>AND IKON OFFICE SOLUTIONS,<br>INC. | : <br><br>: | |
| DEFENDANTS | : | OCTOBER 30, 2006 |

## INDEX TO RECORD ON APPEAL

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO |
|---|---|---|---|
| 11/5/01 | 1 | Complaint | 1 |
| 1/22/02 | 11 | Unisource's Motion to Dismiss | 2 |
| 1/22/02 | 12 | Disclosure Statement | 3 |
| 1/22/02 | 13 | Memorandum in Support of Motion to Dismiss | 4 |

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO |
|---|---|---|---|
| 1/28/02 | 15 | IKON's Motion to Dismiss | 5 |
| 1/28/02 | 16 | IKON's Memorandum in Support of Motion to Dismiss | 6 |
| 1/28/02 | 17 | Disclosure Statement | 7 |
| 4/16/02 | 23 | Plaintiff's Objections to motions to Dismiss | 8 |
| 4/16/02 to | 24 | Plaintiff's Memorandum in support of Motions Dismiss | 9 |
| 5/9/02 | 28 | IKON's Reply | 10 |
| 5/9/02 | 29 | Unisource's Reply | 11 |
| 3/28/03 | 32 | Ruling – Motions to Dismiss | 12 |
| 5/27/03 | 33 | Unisource's Answer & Affirmative Defenses | 13 |
| 5/29/03 | 34 | IKON's Answer & Affirmative Defenses | 14 |
| 10/16/03 | 41 | Unisource's Motion to Quash | 15 |

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO |
|---|---|---|---|
| 10/16/03 | 42 | Affidavit of Andrew Bowman | 16 |
| 10/23/03 | 44 | Plaintiff's Objection to Motion to Quash | 17 |
| 10/29/04 | 50 | Unisource's Motion for Summary Judgment | 18 |
| 10/29/04 | 51 | Memorandum in Support of Motion for Summary Judgment | 19 |
| 10/29/04 | 52 | Unisource's Statement of Material Facts | 20 |
| 11/03/04 | 53 | IKON's Motion for Summary Judgment | 21 |
| 11/03/04 | 54 | IKON's Memorandum in Support | 22 |
| 11/03/04 | 55 | IKON's Statement of Material Facts | 23 |
| 11/03/04 | 56 | IKON's Appendix to LR 56 Statement | 24 |
| 12/28/04 | 59 | Plaintiff's Memorandum in Opposition to Summary Judgment | 25 |

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO |
|---|---|---|---|
| 12/28/04 | 60 | Plaintiff's Statement of Material Facts | 26 |
| 12/28/04 | 61 | Plaintiff's Statement of Material Facts | 27 |
| 12/28/04 | 62 | Plaintiff's Affidavit in Opposition to motions for Summary Judgment | 28 |
| 1/26/05 | 65 | Unisource's Reply | 29 |
| 2/18/05 | 69 | IKON's Reply | 30 |
| 10/11/05 | 75 | Notice of Calendar Hearing on Motion for Summary Judgment | 31 |
| 11/03/05 | 76 | Minute Entry for pro-ceedings before Judge Droney | 32 |
| 7/26/06 | 79 | Order granting Motions for Summary Judgment | 33 |
| 7/31/06 | 80 | Judgment in favor of defendants | 34 |
| 8/21/06 | 81 | Notice of Appeal | 35 |