UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EUGENE PANECCASIO,

  Plaintiff,

Civil Action No. 3:01 CV 2065 (CFD)

vs.

UNISOURCE WORLDWIDE, INC.,
GEORGIA-PACIFIC CORPORATION,
ALCO STANDARD CORPORATION, and
IKON OFFICE SOLUTIONS, INC.,

  Defendants.    JULY 21, 2008

## UNISOURCE DEFENDANTS' VERIFIED BILL OF COSTS

Pursuant to Rule 54 of the Local Rules of Civil Procedure, Defendants Unisource Worldwide, Inc. and Georgia-Pacific Corporation ("Unisource Defendants"), submit this Bill of Costs itemizing the costs to which they are entitled as the prevailing parties against Plaintiff, Eugene Paneccasio ("Plaintiff"), in the above-captioned matter. See Loc. R. Civ. P. 54. The Unisource Defendants filed a Motion for Summary Judgment on October 29, 2004 (see Dkt. # 50). Defendant, Ikon Office Solutions, filed a Motion for Summary Judgment on November 3, 2004 (See Dkt. #53). This Court granted both Motions for Summary Judgment on July 26, 2006 (see Dkt. #79). Judgment entered in favor of all the Defendants on July 31, 2006 (See Dkt. #80).

Thereafter, on August 21, 2006, the Plaintiff filed a Notice of Appeal (See Dkt. #81). The United States Court of Appeals for the Second Circuit affirmed the judgment of this Court on July 7, 2008.

The amounts set forth below are a fair and accurate reflection of the costs incurred by the Unisource Defendants in defending against Plaintiff's claims. True and accurate copies of all relevant receipts documenting these costs are attached hereto.

1. **Deposition Costs**: *$1,121.70*

The Unisource Defendants seek to recover the cost of the original and one copy of Plaintiff's deposition taken on August 26, 2003, including the court reporter's attendance fee as provided in Loc. R. Civ. P. 54(c)2(ii). The Unisource Defendants relied upon Plaintiff's deposition in preparing their Motion for Summary Judgment and accompanying Memorandum of Law and his deposition was necessary to prepare for the future trial of this case. Excerpts of Plaintiff's Deposition were appended as Exhibit A to Unisource Defendants' Statement of Undisputed Material Facts filed along with their Motion for Summary Judgment. (See Dkt. # 52).

Paneccasio took the depositions of two witnesses, William Bauer and Walter J. Hope, Jr.[1] The Unisource Defendants seek to recover the cost of the original and one copy of each deposition transcript as provided in Local Rule 54(c)2(ii). All deposition transcripts were obtained for the preparation of the case and were used extensively by the Unisource Defendants' counsel in filing the Motion for Summary Judgment and Reply Brief. Excerpts from Mr. Hope's deposition were appended as Exhibit B to the Unisource Defendants' Statement of Undisputed Material Facts. Furthermore, Plaintiff appended excerpts of William Bauer's deposition as Exhibit 1 to its

---

[1] The depositions of Walter J. Hope, Jr. and William Bauer were taken for use both in this case and in a companion case, Callahan v. Unisource et al., No. 3 01 CV 1205 (CFD). On September 14, 2006, the Court granted summary judgment to the Unisource Defendants in the Callahan matter, and the Unisource Defendants sought to recover their costs in that matter as well. Accordingly, the Unisource Defendants have apportioned their costs for the Hope and Bauer depositions equally between the Callahan and Paneccasio Bill of Costs.

Opposition to Defendants' Motions for Summary Judgment and Unisource Defendants reviewed Mr. Bauer's deposition in drafting its Reply Brief.

The following is a list of all recoverable deposition expenses incurred by the Unisource Defendants:

| Date of Deposition | Deponent | Cost |
|---|---|---|
| August 26, 2003 | Eugene Paneccasio | $850.00 |
| July 6-7, 2004 | Walter J. Hope, Jr. and William Bauer | $543.40 divided by 2 = $271.70 |

    **2.**    **Cost of Exhibits Appended to Successful Motion for Summary Judgment:** *$38.36*

On October 29, 2004, the Unisource Defendants filed their Motion for Summary Judgment and accompanying Memorandum of Law. (See Dkt. ## 50-52.) They also filed a Reply Brief on January 26, 2005. (See Dkt. #65.) The Court granted the summary judgment motion in its entirety and entered judgment in Unisource Defendants' favor on July 26, 2006. (See Dkt. #79.)

Pursuant to Rule 54(c)3(iii) of the Local Rules of Civil Procedure, Unisource Defendants seek to recover their costs for the appendage of exhibits to their Statement of Undisputed Material Facts and Memorandum of Law in Support of Their Motion for Summary Judgment (*i.e.*, 137 pages x $.14 per page, which is the customary amount charged by Day Pitney LLP to defendants, times two (copy of exhibits manually filed at court and copy sent to plaintiff) **totaling $38.36**). See Loc. R. Civ. P. 54(c)3(iii).

    **3.**    **Total Amount of Costs:** *$1,160.06*

Accordingly, pursuant to Rule 54 of the Local Rules of Civil Procedure, the Unisource Defendants respectfully request that the Court enter an order directing Plaintiff to reimburse them

in the total amount of *$1,160.06* for the necessary costs in defending this action.  See Loc. R. Civ. P. 54.

                         Respectfully submitted,


                         THE DEFENDANTS
                         UNISOURCE WORLDWIDE, INC.
                         GEORGIA-PACIFIC CORPORATION


                         _____
                         Felix J. Springer (ct 05700)
                         Day Pitney LLP
                         242 Trumbull Street
                         Hartford, CT  06103
                         Tel:  860/275-0100
                         Fax: 860/275-0343
                         E-mail: fjspringer@daypitney.com

                         Rayne Rasty (ct 24918)
                         Georgia-Pacific Corporation
                         133 Peachtree St. NE
                         Atlanta, GA  30303
                         Tel:  404/652-4972
                         Fax:  404/584-1461
                         E-mail:  rmrasty@gapac.com

**CERTIFICATE OF SERVICE**

       This is to certify that on this date, I served a copy of the foregoing Verified Bill of Costs and Affidavit of Felix J. Springer via first-class mail, postage prepaid to:

Andrew B. Bowman, Esq.
1804 Post Road East
Westport, CT 06880

Kay Kyungsun Yu
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103

Joseph J. Costello
Morgan, Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103

Robert L. Wyld
Shipman & Goodwin
One Constitution Plaza
Hartford, CT 06103

_____
Felix J. Springer