**SANDERS, GALE & RUSSELL, INC.**
P.O. BOX 1048
NEW HAVEN, CT  06504
203-624-4157
1-800-824-4541

DAY, BERRY & HOWARD
CITYPLACE
HARTFORD, CT 06103

ATTN: FELIX SPRINGER, ESQ.

INVOICE NO.        13132
INVOICE DATE:    9/02/2003
REPORTER:
ELIZABETH ZAWACKI

ID#: 06-0768608

| Date | Description | Units | Rate | Amount |
|---|---|---:|---:|---:|
| 8/26/2003 | DEPOSITIONS: EUGENE PANECCASIO | | | |
| | ORIG. & 1 COPY @ $3.90 | 200.00 | 3.90 | 780.00 |
| | ATTENDANCE | 1.00 | 70.00 | 70.00 |
| | ASCII DISK | 1.00 | 15.00 | 15.00 |
| | MINITRANSCRIPT @ $25.00 | 1.00 | 25.00 | 25.00 |
| 9/02/2003 | JURAT PREPARATION | 1.00 | 10.00 | 10.00 |
| | DELIVERY | 1.00 | 8.00 | 8.00 |
| | SALES TAX | 1.00 | 54.48 | 54.48 |

|   |   |
|---:|---:|
| Sub Total | 962.48 |
| Paid | 0.00 |
| Balance Due | 962.48 |

**PLEASE RETURN ONE COPY WITH REMITTANCE**

# CHARLES P. CARMODY & ASSOCIATES

## Invoice

| DATE | INVOICE # |
|---|---|
| 7/20/2004 | 102285 |

**COURT REPORTING SERVICES**
*PO BOX 525 * AMBLER, PA  19002*
*(215) 646-2599 (OFFICE)  *  (215) 542-8650 (FAX)  *  DEPOSITION1@COMCAST.NET*
FED. TAX ID. NO. 23-3077255

**BILL TO**

Felix J. Springer, Esquire
DAY, BERRY & HOWARD, LLP
City Place I
Hartford, CT  06103

| TERMS |
|---|
| 30 DAYS NET |

| Service Date | Item | Witness/Case | Amount |
|---|---|---|---|
| 7/6/2004<br>7/7/2004 | 1 Copy | 1 Copy.<br>USDC, District of Connecticut   No.  3:01CV1205 (CFD)<br>William E. Callahan and Eugene Paneccasio v. Unisource, Georgia-Pacific, Alco & Ikon<br>Depositions of WALTER J. HOPE, JR. (138 pgs.) and WILLIAM BAUER (71 pgs.) held at the law office of Morgan, Lewis & Bockius, 1701 Market St., Phila., Pa.<br>209 total pages. | 543.40 |
| | Minuscript | Minuscript. NO CHARGE. | 0.00 |
| | ASCII Disk | ASCII Disk of Transcript Proceedings.  NO CHARGE. | 0.00 |
| | Exhibits | 340 Exhibit Copies | 119.00 |
| | S&H | Shipping & Handling | 25.00 |

Late Fee of $25.00 Applied for Each 30 Days Past Due from Date of Invoice.  FED TAX ID NO. 23-3077255

**Total** $687.40

VISA, MASTERCARD & AMERICAN EXPRESSS ACCEPTED