UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EUGENE PANECCASIO,

  Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC., GEORGIA-PACIFIC CORPORATION, ALCO STANDARD CORPORATION, and IKON OFFICE SOLUTIONS, INC.,

  Defendants.

Civil Action No. 3:01 CV 2065 (CFD)

JULY 21, 2008

## AFFIDAVIT OF FELIX J. SPRINGER

I, Felix J. Springer, being duly sworn, depose and say:

1. I am a resident of the State of Connecticut.

2. I am over 18 years of age and believe in the obligation of an oath.

3. I have personal knowledge of the facts attested to in this Affidavit.

4. I am an attorney with the law firm of Day Pitney LLP, and served as counsel to Defendants, Unisource Worldwide, Inc. and Georgia-Pacific Corporation ("Unisource Defendants"), in this action. I submit this Affidavit in support of the Unisource Defendants' Verified Bill of Costs submitted herewith. Unisource Defendants are entitled to these costs as the prevailing parties against Eugene Paneccasio ("Plaintiff") pursuant to Rule 54 of the Local Rules of Civil Procedure. See Loc. R. Civ. P. 54.

5. Day Pitney LLP defended Unisource Defendants against Plaintiff's Complaint filed in this action on November 5, 2001 claiming that the termination of the 1991 Deferred Compensation Plan and subsequent payment of benefits violated the Employee Retirement Income Security Act and the Age Discrimination in Employment Act.. (See Dkt. 1.) The Court granted

- 2 -

Unisource Defendants' Motion for Summary Judgment in this matter on July 26, 2006 and entered judgment for the Unisource Defendants on July 31, 2006. (See Dkt. ## 80.) Plaintiff subsequently filed an appeal on August 21, 2006. (See Dkt. ## 81.) The United States Court of Appeals for the Second Circuit affirmed the judgment of this Court on July 7, 2008.

6.  I have reviewed the accompanying Unisource Defendants' Verified Bill of Costs for taxation pursuant to Rule 54 of the Local Rules of Civil Procedure. See Loc. R. Civ. P. 54. The fees charged in the Bill of Costs are accurate and correct and represent costs that the Unisource Defendants necessarily incurred in defending against Plaintiff's claims.

7.  In support of Unisource Defendant's Bill of Costs, a true and accurate copy of the court reporter's invoice documenting the taxable costs incurred by the Unisource Defendants is attached to Unisource Defendant's Verified Bill of Costs.

_____

Felix J. Springer

_____

Subscribed and sworn to
before me this 21st day of July, 2008

_____
Commissioner of the Superior Court
Notary Public
My Commission Expires: