

# United States Court of Appeals

#### FOR THE
#### SECOND CIRCUIT

---

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 7th day of July, two thousand eight,

Before:    Hon. Dennis Jacobs,
                    *Chief Judge,*
          Hon. Rosemary S. Pooler,
          Hon. Robert D. Sack,
                    *Circuit Judges.*

*(seal: UNITED STATES COURT OF APPEALS — FILED JUL − 7 2008 — Catherine O'Hagan Wolfe, Clerk — SECOND CIRCUIT)*

Docket No. 06-3950-cv

---

EUGENE PANECCASIO,

                <u>Plaintiff-Appellant,</u>

     v.

UNISOURCE WORLDWIDE, INC., GEORGIA-PACIFIC CORP., IKON OFFICE SOLUTIONS, INC., FORMERLY KNOWN AS ALSO STANDARD CORP., BOARD OF DIRECTORS, IND. & AS FIDUCIARIES OF IKON OFFICE SOLUTIONS, INC., AND W. J. HOPE, JR., IND. & AS ADMIN. & FIDUCIARY OF THE 1991 IKON OFFICE SOLUTIONS INC. DEFERRED COMPENSATION PLAN,

                <u>Defendants-Appellees.</u>

---

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

ON CONSIDERATION THEREOF, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said district court be and hereby is AFFIRMED in accordance with the opinion of this court.

                FOR THE COURT:
                CATHERINE O'HAGAN WOLFE, Clerk
                by

                *Joy Fallek*

                Joy Fallek
                Administrative Attorney   A TRUE COPY
                                    Catherine O'Hagan Wolfe, Clerk

                                   by *(signature)*
                                        DEPUTY CLERK

Issued as Mandate:    JUL 2 8 2008