# UNITED STATES COURT OF APPEALS
### FOR THE SECOND CIRCUIT
### UNITED STATES COURT HOUSE
### 40 FOLEY SQUARE
### NEW YORK, 10007

# ITEMIZED AND VERIFIED BILL OF COSTS

**Eugene Paneccasio,**

**Plaintiff-Appellant**

v.                                              Docket No.   **06-3950-cv**

**Unisource Worldwide Inc., et al.,**

**Defendant-Appellees.**          **Date:  July 21, 2008**

UNITED STATES COURT OF APPEALS
FILED
AUG 1 5 2008
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

Counsel for   **Unisource Worldwide Inc. and Georgia-Pacific Corporation, Defendant-Appellees,**
respectfully submits, pursuant to Rule 39(c) of the Federal Rules of Appellate Procedure, the within bill of costs and requests the Clerk to
prepare an itemized statement of costs taxed against the   **Plaintiff-Appellant, Eugene Paneccasio**
and in favor of   **Unisource Worldwide Inc. and Georgia-Pacific Corporation, Defendant-Appellees**
for insertion in the mandate.

Docketing Action

Costs of printing appendix (necessary copies _____ )                    _____

Costs of printing brief (necessary copies   **16 x 52 pages**   )          **116.48**

Costs of printing reply brief (necessary copies _____ )          _____

**(VERIFICATION HERE)**

The amounts set forth herein are a fair and accurate reflection of
costs necessarily incurred by Defendant-Appellees in defending
against Plaintiff-Appellant's appeal.  The printing was done by
Day Pitney LLP at the customary rate of .14 cents per page.

_(Signature)_
Felix J. Springer
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103
(860) 275-0100

### STATEMENT OF COSTS
Taxed in the amount of $ __116.48__ in favor of
_Appellees Unisource Worldwide Inc, et al_.
FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk
by _Judy_
Judy Pisanont, Motions Staff Attorney

8/5/08
Date

## CERTIFICATE OF SERVICE

This is to certify that on this date, I served a copy of the foregoing United States Court of Appeals for the Second Circuit Itemized and Verified Bill of Costs via first-class mail, postage prepaid to:

Andrew B. Bowman, Esq.
1804 Post Road East
Westport, CT 06880

Kay Kyungsun Yu
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103

Joseph J. Costello
Morgan, Lewis & Bockius
1701 Market Street
Philadelphia, PA  19103

Robert L. Wyld
Shipman & Goodwin
One Constitution Plaza
Hartford, CT  06103

Felix J. Springer

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

EUGENE PANECCASIO,

Civil Action No. 3:01 CV 2065 (CFD)

   Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC.,
GEORGIA-PACIFIC CORPORATION,
ALCO STANDARD CORPORATION, and
IKON OFFICE SOLUTIONS, INC.,

   Defendants.                      JULY 21, 2008

## UNISOURCE DEFENDANTS' VERIFIED BILL OF COSTS

Pursuant to Rule 54 of the Local Rules of Civil Procedure, Defendants Unisource

Worldwide, Inc. and Georgia-Pacific Corporation ("Unisource Defendants"), submit this Bill of

Costs itemizing the costs to which they are entitled as the prevailing parties against Plaintiff,

Eugene Paneccasio ("Plaintiff"), in the above-captioned matter.  See Loc. R. Civ. P. 54.  The

Unisource Defendants filed a Motion for Summary Judgment on October 29, 2004 (see Dkt. # 50).

Defendant, Ikon Office Solutions, filed a Motion for Summary Judgment on  November 3, 2004

(See Dkt. #53).  This Court granted both Motions for Summary Judgment on July 26, 2006 (see

Dkt. #79).  Judgment entered in favor of all the Defendants on July 31, 2006 (See Dkt. #80).

Thereafter, on August 21, 2006, the Plaintiff filed a Notice of Appeal (See Dkt. #81).  The

United States Court of Appeals for the Second Circuit affirmed the judgment of this Court on July

7, 2008.

The amounts set forth below are a fair and accurate reflection of the costs incurred by the Unisource Defendants in defending against Plaintiff's claims.  True and accurate copies of all relevant receipts documenting these costs are attached hereto.

1.    **Deposition Costs**: *$1,121.70*

The Unisource Defendants seek to recover the cost of the original and one copy of Plaintiff's deposition taken on August 26, 2003, including the court reporter's attendance fee as provided in Loc. R. Civ. P. 54(c)2(ii).  The Unisource Defendants relied upon Plaintiff's deposition in preparing their Motion for Summary Judgment and accompanying Memorandum of Law and his deposition was necessary to prepare for the future trial of this case.  Excerpts of Plaintiff's Deposition were appended as Exhibit A to Unisource Defendants' Statement of Undisputed Material Facts filed along with their Motion for Summary Judgment.   (See Dkt. # 52).

Paneccasio took the depositions of two witnesses, William Bauer and Walter J. Hope, Jr.[1] The Unisource Defendants seek to recover the cost of the original and one copy of each deposition transcript as provided in Local Rule 54(c)2(ii).  All deposition transcripts were obtained for the preparation of the case and were used extensively by the Unisource Defendants' counsel in filing the Motion for Summary Judgment and Reply Brief.  Excerpts from Mr. Hope's deposition were appended as Exhibit B to the Unisource Defendants' Statement of Undisputed Material Facts. Furthermore, Plaintiff appended excerpts of William Bauer's deposition as Exhibit 1 to its

_____

[1] The depositions of Walter J. Hope, Jr. and William Bauer were taken for use both in this case and in a companion case, Callahan v. Unisource et al., No. 3 01 CV 1205 (CFD).  On September 14, 2006, the Court granted summary judgment to the Unisource Defendants in the Callahan matter, and the Unisource Defendants sought to recover their costs in that matter as well. Accordingly, the Unisource Defendants have apportioned their costs for the Hope and Bauer depositions equally between the Callahan and Paneccasio Bill of Costs.

in the total amount of *$1,160.06* for the necessary costs in defending this action.  See Loc. R. Civ.

P. 54.

<div style="margin-left: 40%;">

Respectfully submitted,


THE DEFENDANTS
UNISOURCE WORLDWIDE, INC.
GEORGIA-PACIFIC CORPORATION


Felix J. Springer (ct 05700)
Day Pitney LLP
242 Trumbull Street
Hartford, CT  06103
Tel:  860/275-0100
Fax: 860/275-0343
E-mail: fjspringer@daypitney.com

Rayne Rasty (ct 24918)
Georgia-Pacific Corporation
133 Peachtree St. NE
Atlanta, GA  30303
Tel:  404/652-4972
Fax:  404/584-1461
E-mail:  rmrasty@gapac.com

</div>

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this date, I served a copy of the foregoing Verified Bill of

Costs and Affidavit of Felix J. Springer via first-class mail, postage prepaid to:

Andrew B. Bowman, Esq.
1804 Post Road East
Westport, CT 06880

Kay Kyungsun Yu
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103

Joseph J. Costello
Morgan, Lewis & Bockius
1701 Market Street
Philadelphia, PA  19103

Robert L. Wyld
Shipman & Goodwin
One Constitution Plaza
Hartford, CT  06103

Felix J. Springer

**SANDERS, GALE & RUSSELL, INC.**
P.O. BOX 1048
NEW HAVEN, CT   06504
203-624-4157
1-800-824-4541

DAY, BERRY & HOWARD
CITYPLACE
HARTFORD, CT 06103

ATTN:  FELIX SPRINGER, ESQ.

INVOICE NO.        13132
INVOICE DATE:     9/02/2003
REPORTER:
ELIZABETH ZAWACKI

ID#:  06-0768608

| Date | Description | Units | Rate | Amount |
|------|-------------|-------|------|--------|
| 8/26/2003 | DEPOSITIONS:  EUGENE PANECCASIO | | | |
| | ORIG. & 1 COPY  @ $3.90 | 200.00 | 3.90 | 780.00 |
| | ATTENDANCE | 1.00 | 70.00 | 70.00 |
| | ASCII DISK | 1.00 | 15.00 | 15.00 |
| | MINITRANSCRIPT @ $25.00 | 1.00 | 25.00 | 25.00 |
| 9/02/2003 | JURAT PREPARATION | 1.00 | 10.00 | 10.00 |
| | DELIVERY | 1.00 | 8.00 | 8.00 |
| | SALES TAX | 1.00 | 54.48 | 54.48 |

Sub Total     962.48
Paid          0.00
Balance Due   962.48

**PLEASE RETURN ONE COPY WITH REMITTANCE**

# CHARLES P. CARMODY & ASSOCIATES

**Invoice**

## COURT REPORTING SERVICES

*PO BOX 525 \* AMBLER, PA   19002*
*(215) 646-2599 (OFFICE)  \*  (215) 542-8650 (FAX)  \*  DEPOSITION 1 @ COMCAST.NET*
FED. TAX ID. NO. 23-3077255

| DATE | INVOICE # |
|---|---|
| 7/20/2004 | 102285 |

| BILL TO |
|---|
| Felix J. Springer, Esquire<br>DAY, BERRY & HOWARD, LLP<br>City Place I<br>Hartford, CT  06103 |

| TERMS |
|---|
| 30 DAYS NET |

| Service Date | Item | Witness/Case | Amount |
|---|---|---|---|
| 7/6/2004<br>7/7/2004 | 1 Copy | 1 Copy.<br>USDC, District of Connecticut   No. 3:01CV1205 (CFD)<br>William E. Callahan and Eugene Paneccasio v. Unisource,<br>Georgia-Pacific, Alco & Ikon<br>Depositions of WALTER J. HOPE, JR. (138 pgs.) and WILLIAM<br>BAUER (71 pgs.) held at the law office of Morgan, Lewis &<br>Bockius, 1701 Market St., Phila., Pa.<br>209 total pages. | 543.40 |
| | Minuscript | Minuscript. NO CHARGE. | 0.00 |
| | ASCII Disk | ASCII Disk of Transcript Proceedings.  NO CHARGE. | 0.00 |
| | Exhibits | 340 Exhibit Copies | 119.00 |
| | S&H | Shipping & Handling | 25.00 |

Late Fee of $25.00 Applied for Each 30 Days Past Due from Date of Invoice.  FED TAX ID NO. 23-3077255

**Total** $687.40

VISA, MASTERCARD & AMERICAN EXPRESSS ACCEPTED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EUGENE PANECCASIO,

  Plaintiff,

                              Civil Action No. 3:01 CV 2065 (CFD)

vs.

UNISOURCE WORLDWIDE, INC., GEORGIA-
PACIFIC CORPORATION, ALCO STANDARD
CORPORATION, and IKON OFFICE SOLUTIONS,
INC.,

  Defendants.                    JULY 21, 2008

## AFFIDAVIT OF FELIX J. SPRINGER

I, Felix J. Springer, being duly sworn, depose and say:

1.     I am a resident of the State of Connecticut.

2.     I am over 18 years of age and believe in the obligation of an oath.

3.     I have personal knowledge of the facts attested to in this Affidavit.

4.     I am an attorney with the law firm of Day Pitney LLP, and served as counsel to Defendants, Unisource Worldwide, Inc. and Georgia-Pacific Corporation ("Unisource Defendants"), in this action. I submit this Affidavit in support of the Unisource Defendants' Verified Bill of Costs submitted herewith. Unisource Defendants are entitled to these costs as the prevailing parties against Eugene Paneccasio ("Plaintiff") pursuant to Rule 54 of the Local Rules of Civil Procedure. See Loc. R. Civ. P. 54.

5.     Day Pitney LLP defended Unisource Defendants against Plaintiff's Complaint filed in this action on November 5, 2001 claiming that the termination of the 1991 Deferred Compensation Plan and subsequent payment of benefits violated the Employee Retirement Income Security Act and the Age Discrimination in Employment Act.. (See Dkt. 1.) The Court granted

Unisource Defendants' Motion for Summary Judgment in this matter on July 26, 2006 and entered

judgment for the Unisource Defendants on July 31, 2006. (See Dkt. ## 80.)   Plaintiff

subsequently filed an appeal on August 21, 2006.  (See Dkt. ## 81.)   The United States Court of

Appeals for the Second Circuit affirmed the judgment of this Court on July 7, 2008.

6.      I have reviewed the accompanying Unisource Defendants' Verified Bill of Costs

for taxation pursuant to Rule 54 of the Local Rules of Civil Procedure.  See Loc. R. Civ. P. 54.

The fees charged in the Bill of Costs are accurate and correct and represent costs that the

Unisource Defendants necessarily incurred in defending against Plaintiff's claims.

7.  .      In support of Unisource Defendant's Bill of Costs, a true and accurate copy of the

court reporter's invoice documenting the taxable costs incurred by the Unisource Defendants is

attached to Unisource Defendant's Verified Bill of Costs.

Felix J. Springer

Subscribed and sworn to
before me this 21st day of July, 2008

Lori Johnson
~~Commissioner of the Superior Court~~
Notary Public
My Commission Expires:  3-31-13

- 2 -